# EXHIBIT A

| Coverage | Carrier | Policy # | Term |
|---|---|---|---|
| Koosharem Workers Compensation / Employers Liability (AOS, WI, OH) | ACE American Insurance Co. | WLR C 47319481 All States & SCF C 47319493 WI | 4/30/13 - 4/30/14 |
| General Liability | ACE American Insurance Co. | HDO G 27020604 | 4/30/13 - 4/30/14 |
| General Liability (Specific Contracts) | ACE American Insurance Co. | HDO G 27020616 | 4/30/13 - 4/30/14 |
| Auto Liability (Non-Owned & Hired Autos) | ACE American Insurance Co. | ISA H 08719895 | 4/30/13 - 4/30/14 |
| Special Auto Liability | Scottsdale Insurance Company | CAS0097181 | 9/30/13 - 9/30/14 |
| Umbrella | National Union Fire Ins. Co. of Pittsburgh | T.B.A. | 3/31/14 - 4/30/15 |
| Excess Liability | Chubb (Federal Insurance Company) | T.B.A. | 3/31/14 - 4/30/15 |
| Property | Axis | MAB75296813 | 6/1/13 - 6/1/14 |
| Directors & Officers | ACE (Illinois Union Fire) | G24999385005 | 7/31/13 - 7/31/14 |
| Crime | Lloyd's Syndicate No. 2623/623 - Beazley | W14012130101 | 7/31/13 - 7/31/14 |
| Fiduciary | ACE American Insurance Company | G2364941A007 | 7/31/13 - 7/31/14 |
| Employment Practices Liability | ACE (Illinois Union Fire) | G24999427005 | 7/31/13 - 7/31/14 |
| E&O Professional Liability | Arch Specialty Insurance Company | NPL0055617-00 | 7/31/13 - 7/31/14 |
| Miscellaneous Medical General & Professional Liability - Staffing (DOCTORS NOT INCLUDED) | Arch Specialty Insurance Company | FLP005560300 | 7/31/13 - 7/31/14 |
| Employed Lawyers Professional E&O | Steadfast Insurance Company | WS11004748 | 7/31/13 - 7/31/14 |
| Foreign Package | Insurance Co. of the State of PA | ELP593242000 | 7/31/13 - 7/31/14 |