IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABLEST INC., et al.,[1] | ) | Case No. 14-10717 (____) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

**DECLARATION OF EVAN GERSHBEIN IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF ORDERS NUNC PRO TUNC TO THE PETITION DATE (I) APPOINTING KURTZMAN CARSON CONSULTANTS LLC AS CLAIMS AND NOTICING AGENT FOR THE DEBTORS PURSUANT TO 28 U.S.C. § 156(C), 11 U.S.C. § 105(A) AND LBR 2002-1(F) AND (II) PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014 AUTHORIZING DEBTORS TO EMPLOY AND RETAIN KURTZMAN CARSON CONSULTANTS LLC AS ADMINISTRATIVE AGENT**

I, Evan Gershbein, do hereby declare:

1. I am the Senior Vice President of Corporate Restructuring Services of Kurtzman Carson Consultants LLC ("KCC"), whose offices are located at 2335 Alaska Avenue, El Segundo, California 90245, telephone number (310) 823-9000. The matters set forth herein are made of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. This Declaration is made in support of the applications of the Debtors for orders *nunc pro tunc* to the Petition Date (i) appointing KCC as claims and noticing agent for the Debtors pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a) and LBR 2002-1(f) (the "Claims and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ablest Inc. (8462); Koosharem, LLC (4537); New Koosharem Corporation (9356); Real Time Staffing Services, Inc. (8189); Remedy Intelligent Staffing, Inc. (0963); Remedy Staffing, Inc. (0080); RemedyTemp, Inc. (0471); Remedy Temporary Services, Inc. (7385); RemX, Inc. (7388); Select Corporation (6624); Select Nursing Services, Inc. (5846); Select PEO, Inc. (8521); Select Personnel Services, Inc. (8298); Select Specialized Staffing, Inc. (5550); Select Temporaries, Inc. (7607); Select Trucking Services, Inc. (5722); Tandem Staffing Solutions, Inc. (5919); Westaff, Inc. (6151); Westaff (USA), Inc. (5781); Westaff Support, Inc. (1039); RemSC LLC (8072); and RemUT LLC (0793). The mailing address for each of the Debtors is: 3820 State Street, Santa Barbara, CA 93105.

Noticing Agent Application") and (ii) pursuant to section 327(a) of the Bankruptcy Code and Local Rule 2014 for authorization to employ and retain KCC as administrative agent (the "Administrative Agent Application"), which have been filed contemporaneously herewith (together, the "Applications").[2]

3. As agent and custodian of the Court records pursuant to 28 U.S.C. § 156(c), KCC will perform at the request of the Office of the Clerk of the Court (the "Clerk's Office") the noticing and claims related services specified in the Claims and Noticing Agent Application. In addition, at the Debtors' request, KCC will perform such claims, technical, administrative, and support services specified in the Engagement Agreement and the Administrative Agent Application (the "Administrative Agent Services"). The Administrative Agent Services are distinct from and shall be provided in addition to the services that KCC has been engaged to perform in the Bankruptcy Cases pursuant to the authority sought in the Claims and Noticing Agent Application.

4. KCC is one of the country's leading chapter 11 administrators, with experience in noticing, claims administration, solicitation, balloting, and facilitating other administrative aspects of chapter 11 cases. KCC has provided administrative services and has acted as the claims and noticing agent in numerous cases of comparable size, including several cases currently pending in the United States Bankruptcy Court for this District. *See, e.g., In re Otelco Inc.*, Case No. 13-10593 (Bankr. D. Del. 2013); *In re Ormet Corp.*, Case No. 13-10334 (Bankr. D. Del. 2013); *In re Powerwave Techs., Inc.*, Case No. 13-10134 (Bankr. D. Del. 2013);

---

[2] Where the context requires, each capitalized term used but not otherwise defined in this Declaration shall have the meaning ascribed to such term in the Applications.

*In re School Specialty, Inc.*, Case No. 13-10125 (Bankr. D. Del. 2013); *In re LodgeNet Interactive Corp.*, Case No. 10238 (Bankr. D. Del. 2013); *In re Penson Worldwide, Inc.*, Case No. 13-10061 (Bankr. D. Del. 2013); *In re THQ, Inc.*, Case No. 12-13398 (Bankr. D. Del. 2012); *In re LCI Holding Co., Inc.*, Case No. 12-13319 (Bankr. D. Del. 2012); *In re Southern Air Holdings, Inc.*, Case No. 12-12690 (Bankr. D. Del. Sept. 28, 2012); *In re Carey Limousine L.A., Inc.*, Case No. 12-12664 (Bankr. D. Del. Sept. 25, 2012); *In re Digital Domain Media Group, Inc.*, Case No. 12-12568 (Bankr. D. Del. Sept. 11, 2012); *In re Ritz Camera & Image, L.L.C.*, Case No. 12-11868 (Bankr. D. Del. June 22, 2012).[3]

        5.     KCC represents, among other things, the following:

            a.     KCC is not a creditor of the Debtors;

            b.     KCC will not consider itself employed by the United States government and shall not seek any compensation from the United States government on account of the services it is proposed to provide to the Debtors in the Bankruptcy Cases;

            c.     By accepting employment in the Bankruptcy Cases, KCC waives any rights to receive compensation from the United States government on account of the services it is proposed to provide to the Debtors in the Bankruptcy Cases;

            d.     In its capacity as the claims and noticing agent in the Bankruptcy Cases, KCC will not be an agent of the United States and will not act on behalf of the United States;

---

[3] Because of the voluminous nature of the orders cited herein, they are not attached to this declaration. Copies of these orders, however, are available upon request to KCC attn: Drake Foster at dfoster@kccllc.com.

    e. KCC will not employ any past or present employees of the Debtors in connection with its work in the Bankruptcy Cases;

    f. In its capacity as claims and noticing agent in the Bankruptcy Cases, KCC will not intentionally misrepresent any fact to any person;

    g. KCC shall be under the supervision and control of the Clerk's Office with respect to the receipt and recordation of claims and claim transfers; and

    h. None of the services provided by KCC as claims and noticing agent shall be at the expense of the Clerk's Office.

    6. The Debtors have many creditors, and accordingly, KCC may have rendered and may continue to render services to certain of these creditors in matters unrelated to these cases, either as vendors or in cases where KCC serves in a neutral capacity as a bankruptcy claims and noticing agent or class action settlement administrator. KCC has not and will not represent the separate interests of any such creditor in these cases. To the best of my knowledge, neither KCC, nor any of its professional personnel, have any relationship with the Debtors that would impair KCC's ability to serve as claims and noticing agent or administrative agent. KCC has working relationships with certain of the professionals retained by the Debtors and other parties herein, but such relationships, except to the extent that KCC and proposed counsel to the Debtors have communicated concerning the preparations for the Bankruptcy Cases, are unrelated to the Debtors' cases. In addition, KCC personnel may have relationships with some of the Debtors' creditors. Such relationships are, however, of a personal or financial nature and are unrelated to the Debtors' cases. KCC has and will continue to represent clients in matters

unrelated to the Debtors' cases and has and will continue to have relationships in the ordinary course of its business with certain vendors and professionals in connection with matters unrelated to the Bankruptcy Cases.

7. KCC is an indirect subsidiary of Computershare Limited. Computershare Limited is a financial services and technologies provider for the global securities industry. Within the Computershare corporate structure, KCC operates as a separate, segregated business unit. As such, any relationships that Computershare Limited and its affiliates maintain do not create an interest of KCC that is materially adverse to the Debtors' estate or any class of creditors or equity security holders. KCC understands that a representative of Goldman Sachs will be submitting a declaration to this Court in support of the Debtors' application seeking to retain Goldman Sachs as the Debtors' financial advisor, in which it discloses that it currently has or has previously had (within the last three years) material business relationships with Computershare that are unrelated to the Debtors or their chapter 11 cases.

8. To the best of my knowledge and except as disclosed herein, KCC neither holds nor represents any interest materially adverse to the Debtors' estates in connection with any matter on which it would be employed and that it is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code as referred to in section 327(a) of the Bankruptcy Code. KCC will supplement its disclosure to the Court if any facts or circumstances are discovered that would require disclosure.

9. KCC has informed the Debtors that, subject to Court approval, it will bill at its standard hourly rates, which are set forth in the KCC Agreement attached as Exhibit A to the Section 156(c) Application. KCC has agreed to certain discounts during the Debtors' Cases.

10. KCC will comply with all requests of the Clerk's Office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c).

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed on March 31, 2014

Evan Gershbein
Senior Vice President Corporate Restructuring Services
Kurtzman Carson Consultants LLC