IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABLEST INC., et al.,[1] | ) | Case No. 14-10717 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Related Docket No. 18

## ORDER (A) SCHEDULING COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND PREPACKAGED PLAN; (B) ESTABLISHING OBJECTIONS TO THE PLAN AND DISCLOSURE STATEMENT; (C) APPROVING SOLICITATION PROCEDURES; AND (D) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order"): (a) scheduling a combined hearing to consider approval of the Disclosure Statement and Plan; (b) establishing deadlines and procedures to object to same; (c) approving solicitation procedures and the solicitation package; (d) approving the form and manner of the notice of plan confirmation hearing and the commencement of these chapter 11 cases; and (e) granting related relief; and the Court having considered the Eisenberg Declaration and the Voting Affidavit; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ablest Inc. (8462); Koosharem, LLC (4537); New Koosharem Corporation (9356); Real Time Staffing Services, Inc. (8189); Remedy Intelligent Staffing, Inc. (0963); Remedy Staffing, Inc. (0080); RemedyTemp, Inc. (0471); Remedy Temporary Services, Inc. (7385); RemX, Inc. (7388); Select Corporation (6624); Select Nursing Services, Inc. (5846); Select PEO, Inc. (8521); Select Personnel Services, Inc. (8298); Select Specialized Staffing, Inc. (5550); Select Temporaries, Inc. (7607); Select Trucking Services, Inc. (5722); Tandem Staffing Solutions, Inc. (5919); Westaff, Inc. (6151); Westaff (USA), Inc. (5781); Westaff Support, Inc. (1039); RemSC LLC (8072); and RemUT LLC (0793). The mailing address for each of the Debtors is: 3820 State Street, Santa Barbara, CA 93105.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED

1. The Motion is granted as provided herein.

2. The Confirmation Hearing, at which time the Court will consider, among other things, the adequacy of the Disclosure Statement and confirmation of the Plan, shall commence at 9:30 a.m., (prevailing Eastern Time) on May 5, 2014, which date may be continued from time to time without further notice other than adjournments announced in open court.

3. Any objections to the Disclosure Statement or confirmation of the Plan must be filed, together with proof of service, with the Bankruptcy Court so as to be **actually received** by 4:00 p.m. (prevailing Eastern time) on April 28, 2014 (the "Objection Deadline"), unless otherwise agreed-to by the Debtors in their sole discretion. The Debtors' reply to any objection shall be due on May 1, 2014.

4. Any objections to the Disclosure Statement or confirmation of the Plan must: (i) be in writing; (ii) comply with the Bankruptcy Rules and the Local Rules; (iii) state the name and address of the objecting party and the amount and nature of the claim or equity interest beneficially owned by such entity; and (iv) state with particularity the legal and factual basis for

such objections, and, if practicable, a proposed modification to the Plan that would resolve such objection.

   5. Any objections to the Disclosure Statement or confirmation of the Plan must be served so that they are **actually received** no later than the Objection Deadline by the following parties:

   a. the Debtors, Ablest Inc., 3820 State Street, Santa Barbara, CA 93105 (Attn: D. Stephen Sorensen);

   b. proposed counsel for the Debtors, (a) Skadden, Arps, Slate Meagher & Flom LLP, 4 Times Square, New York, New York 10036, (Attn.: Kenneth S. Ziman), and 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071 (Attn: Glenn S. Walter); and (b) Pachulski Stang Ziehl & Jones, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4100 (Attn: Jeffrey N. Pomerantz), and 150 California Street, 15th Floor, San Francisco, CA 94111 (Attn: Debra Grassgreen);

   c. counsel for the Steering Committee, (a) Milbank Tweed Hadley & McCloy LLP, 601 South Figueroa Street, 30th Floor, Los Angeles, CA 90071, (Attn.: Mark Shinderman and Brett Goldblatt); and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Robert J. Dehney);

   d. counsel to the Prepetition First Lien Agent, (a) Katten Muchin Rosenman LLP, 515 S. Flower Street, Suite 1000, Los Angeles, CA 90071-2212 (Attn: William B. Freeman) and 575 Madison Avenue, New York, NY 10022-2585 (Attn: Karen B. Dine), and

(b) Cousins Chipman and Brown LLP, 1007 North Orange Street, Suite 1110, Wilmington, DE 19801 (Attn: Scott D. Cousins);

   e. counsel to the Prepetition Second Lien Agent, Dechert LLP, 1095 Avenue of the Americas, New York, NY 10036-6797 (Attn: Allan S. Brilliant and Craig Druehl);

   f. counsel for the Consenting Equity Holder, Cole, Schotz, Meisel, Forman & Leonard, P.A., 301 Commerce Street, Suite 1700 Fort Worth Texas 76102 (Attn: Michael D. Warner), and Court Plaza North, 25 Main Street, Hackensack, NJ 07601 (Attn: Adam J. Sklar);

   g. the Office of the United State Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801; and

   h. those parties who have a filed a notice of appearance in the Chapter 11 Cases.

   6. Any objections not timely filed and served in the manner set forth in this Order shall not be considered and shall be overruled.

   7. The form of the Confirmation Hearing Notice, substantially in the form attached as <u>Exhibit A</u> to the Motion, complies with the requirements of Bankruptcy Rules 2002 and 3017 and is hereby approved in its entirety.

   8. March 20, 2014 shall be the record date for purposes of determining which holders of claims and equity interests that are not entitled to vote to accept or reject the Plan are entitled to receive the Confirmation Hearing Notice.

9. The Solicitation Procedures utilized by the Debtors for distribution of the Solicitation Packages as set forth in the Motion in soliciting acceptances and rejections of the Plan satisfy the requirements of the Bankruptcy Code and the Bankruptcy Rules and are hereby approved; provided, however, that nothing in this Order shall be deemed to constitute approval of the Disclosure Statement or Plan.

10. The Ballots, substantially in the form attached as **Exhibit B** to the Motion, are hereby approved.

11. The Notice of Non-Voting Status, substantially in the form attached as Exhibit "C" to the Motion, is approved.

12. The procedures used for tabulations of votes to accept or reject the Plan as set forth in the Motion and as provided by the Ballots are approved.

13. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

14. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

15. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

16. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: April 2, 2014

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge