IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ABLEST, INC., *et al.,* | Case No. 14-10717 (KJC) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Michael D. Warner, Esquire, of Cole, Schotz, Meisel, Forman & Leonard, P.A., to represent D. Stephen Sorensen in the above-referenced cases.

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**

Dated: April 2, 2014    By:    */s/ Therese A. Scheuer*
Therese A. Scheuer (No. 5699)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
tscheuer@coleschotz.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Texas and California, the U.S. District Courts for the Northern, Southern and Eastern Districts of Texas, the U.S. District Courts for the Northern Southern, Eastern and Central Districts of California, the United States Supreme Court, the Fifth Circuit Court of Appeals, and the Ninth Circuit Court of Appeals, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*/s/ Michael D. Warner*
Michael D. Warner, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
mwarner@coleschotz.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: April ____, 2014

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

40000/0600-10477051v1