# EXHIBIT A

**(Professionals Utilized in the Ordinary Course of Business)**

| Name | Service | Address | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| A. MARCUS HALL & ASSOCIATES | LEGAL - RISK BREACH OF CONTRACT AND RECOVERY CLAIMS | 400 CORPORATE POINTE | SUITE 300 | CULVER CITY | CA | 90230 |
| ADELSON, TESTAN, BRUNDO & JIMENEZ | LEGAL - RISK WC | C/O PORTER CAPITAL CORPORATION | FOR ACCOUNT OF ADELSON, TESTAN, BRUNDO & JIMENEZ | BIRMINGHAM | AL | 35201 |
| AKERMAN SENTERFITT | LEGAL PEO MATTERS | ATTORNEYS AT LAW | P.O. BOX 4906 | ORLANDO | FL | 32802 |
| ANDERSON KILL | LEGAL – BREACH OF CONTRACT | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 |
| AON GLOBAL RISK CONSULTING | RISK - ACTUARY | 22992 NETWORK PLACE | | CHICAGO | IL | 60673-1229 |
| BALLARD SPAHR | LEGAL - VARIOUS MATTERS | 999 PEACHTREE STREET | SUITE 1000 | ATLANTA | GA | 30309-3915 |
| BRIGGS AND MORGAN | LEGAL - VARIOUS MATTERS | PO BOX 64591 | | ST PAUL | MN | 55164-0591 |
| BROOKS MILLER | LEGAL MATTER INVOLVING THE OLD BUTLER | 4300 WACHOVIA FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI | FL | 33131 |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | LEGAL - VARIOUS MATTERS | 21 EAST CARRILLO STREET | | SANTA BARBARA | CA | 93101-2706 |
| BUYNAK & FAUVER LLP | LEGAL - VARIOUS MATTERS | 820 STATE ST., FOURTH FLOOR | | SANTA BARBARA | CA | 93101 |
| CALLAWAY BRAUN RIDDLE & HUGHES, PC | LEGAL – RISK | P.O. BOX 9150 | | SAVANNAH | GA | 31412 |
| CAROTHERS DISANTE & FREUDENBERGER LLP | LEGAL - VARIOUS MATTERS | 2600 MICHELSON DRIVE | SUITE 800 | IRVINE | CA | 92612 |
| CARVER LAW | LEGAL - MARKETING (TRADEMARKS) | P.O. BOX 206 | | BELLAFONTE | PA | 16823 |
| COGENT VALUATION | CONSULTANTS FOR FAIR VALUES OF COMPANY | 21700 OXNARD STREET | SUITE 1080 | WOODLAND HILLS | CA | 91367 |
| CONTINENTAL COMMERCIAL GROUP | LEGAL - COLLECTIONS | 317 S. BRAND BLVD | | GLENDALE | CA | 91204-1701 |
| CRAIG & CRAIG LLC | LEGAL - GENERAL | 1807 BROADWAY AVE | PO BOX 689 | MATTOON | IL | 61938-0689 |
| DEPO INTERNATIONAL | LEGAL - COURT REPORTER | 1330 JERSEY AVENUE SOUTH | | MINNEAPOLIS | MN | 55426 |
| DEREK L. MORTON | LEGAL – RISK (WC MATTER) | 3540 S. BOULEVARD | SUITE 300 | EDMOND | OK | 73013 |
| DINSMORE & SHOHL | LEGAL - GENERAL | 255 EAST FIFTH STREET | SUITE 1900 | CINCINNATI | OH | 45202 |
| DURIO MCGOFFIN STAFF AND ACKERMAN | LEGAL – RISK | 220 HEYMANN BOULEVARD | | LAFAYETTE | LA | 70503 |
| EPIQ SYSTEMS, INC. | COMMUNICATIONS AND PUBLIC RELATIONS CONSULTING | 501 KANSAS AVE | | KANSAS CITY | KS | 66105 |
| FABIANO, CASTRO, SIEFKES & CLEM, LLP | LEGAL - RISK -DISCRIMINATION | PO BOX 1268 | | AGOURA HILLS | CA | 91376 |
| FISHER AND PHILLIPS LLP | LEGAL - TAX | 2050 MAIN STREET | SUITE 1000 | IRVINE | CA | 92614 |
| FISHER, RUSHMER, P.A. | LEGAL - RISK (INSURANCE) | BANK OF AMERICA CENTER | 390 N. ORANGE AVE. SUITE 2200 | ORLANDO | FL | 32802-1080 |
| GLICKSMAN CONSULTING, LLC | ACTUARIAL STUDY OF WC PROGRAM | 3124 NW 59 STREET, SUITE 100 | | BOCA RATON | FL | 33496 |
| GORDON L. OSAKA, ATTORNEY AT LAW | LEGAL - EMPLOYMENT | 1000 SW BROADWAY | SUITE 940 | PORTLAND | OR | 97205 |
| GREEN & HALL, APC | LEGAL – RISK | 1851 EAST FIRST STREET | 10TH FLOOR | SANTA ANA | CA | 92705 |
| HALL, ARBERY, GILLIGAN, LLP (FORMERLY WR HALL LLC) | WC/PDQ CASE | 3340 PEACHTREE RD NE | SUITE 2570 | ATLANTA | GA | 30326 |
| HEYWOOD G. FRIEDMAN | LEGAL - RISK -CIVIL/INSURANCE CLAIMS | 31416 AGOURA ROAD, SUITE 200 | | WESTLAKE VILLAGE | CA | 91361-5638 |
| HOLTKAMP, LIESE, SCHULTZ & HILLIKER, PC | LEGAL - RISK | 217 NORTH 10TH STREE | SUITE 400 PENNSYLVANIA BUILDING | ST LOUIS | MO | 63101 |
| HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN PC | LEGAL – TAX | THREE EMBARCADERO CENTER | 7TH FLOOR | SAN FRANCISCO | CA | 94111 |
| HULL BARRETT, P.C. | LEGAL - VARIOUS MATTERS | 801 BROAD STREET, 7TH FLOOR | P.O. BOX 1564 | AUGUSTA | GA | 30903 |
| JACKSON LEWIS, PC | LEGAL – VARIOUS MATTERS | 150 NORTH MICHIGAN AVENUE | SUITE 2500 | CHICAGO | IL | 60601 |
| JONES & ASSOCIATES | LEGAL - VARIOUS MATTERS | ROLAND GARY JONES, ESQ. | 1230 6TH AVENUE, 7TH FLOOR | NEW YORK | NY | 10020 |
| JONES DAY | LEGAL - WC (ACE / ESIS MATTERS) | 222 EAST 41ST STREET | | NEW YORK | NY | 10017-6702 |
| JONES, THOMPSON & FUNK | LEGAL - RISK | 321 NORTH BROADWAY | | MEDINA | OH | 44256 |
| JOSEPH, MANN, & CREED | LEGAL - COLLECTIONS | 20600 CHAGRIN BLVD. SUITE 550 | | SHAKER HEIGHTS | OH | 44122 |
| KEAN MILLER LLP | LEGAL - VARIOUS MATTERS | PO BOX 3513 | | BATON ROUGE | LA | 70821-3513 |
| KENNY, BRIMMER & MAHONEY LLC | LEGAL - EMPLOYMENT | 20-30 BEAVER ROAD | SUITE 103 | WETHERSFIELD | CT | 6109 |
| KINGSTON, MARTINEZ & HOGAN, LLP | LEGAL - COLLECTIONS | ATTORNEYS AT LAW | 1300 SANTA BARBARA ST | SANTA BARBARA | CA | 93101 |
| KIRTON MCCONKIE | LEGAL - VARIOUS MATTERS | PO BOX 45120 | | SALT LAKE CITY | UT | 84145-0120 |

| Name | Sevice | Address | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| LAW OFFICES OF JOHN GARDNER HAYES | LEGAL – RISK | 11150 W. OLYMPIC BOULEVARD | SUITE 1050 | LOS ANGELES | CA | 90064 |
| LAW OFFICES OF NATHAN D. MCMURRY | LEGAL - RISK | 1407 E. GLENLAKE LANE | | FRESNO | CA | 93730 |
| LEWITT HACKMAN | LEGAL - FRANCHISEE MATTERS | 16633 VENTURA BOULEVARD | ELEVENTH FLOOR | ENCINO | CA | 91436-1865 |
| LITTLER MENDELSON P.C. | LEGAL - VARIOUS MATTERS | PO BOX 45547 | | SAN FRANCISCO | CA | 94145-0547 |
| LYNCH & STERN | SELECT REMEDY V. RAMIREZ, ET AL. (ILLINOIS) | 150 SOUTH WACKER DRIVE | SUITE 2600 | CHICAGO | IL | 60606 |
| MARTIN DISIERE JEFFERSON & WISDOM, LLP | LEGAL – DISCRIMINATION | 808 TRAVIS STREET | 20TH FLOOR | HOUSTON | TX | 77002 |
| MCCORMICK, BARSTOW LLP | LEGAL - GENERAL | PO BOX 28912 | | FRESNO | CA | 93729-2300 |
| MCKENNA LONG & ALDRIDGE | LEGAL - VARIOUS MATTERS | PO BOX 116573 | | ATLANTA | GA | 30368 |
| MILLIMAN | WC ACTUARIAL REPORT | 650 CALIFORNIA STREET | 17TH FLOOR | SAN FRANCISCO | CA | 94108-2702 |
| MORRISON & FOERSTER LLP | LEGAL - VARIOUS MATTERS | PO BOX 742335 | | LOS ANGELES | CA | 90074-2335 |
| MUNDELL, ODLUM & HAWS | LEGAL - EMPLOYMENT | ATTORNEYS AT LAW | 650 EAST HOSPITALITY LANE | SAN BERNARDINO | CA | 92408-3595 |
| NELSON, TERRY, MORTON, DEWITT, | LEGAL - RISK (PEO) | PARUOLO & WOOD, PLLC | PO BOX 138800 | OKLAHOMA CITY | OK | 73113 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | LEGAL - RISK ( CRIME POLICY) | DEPT 34461 | PO BOX 39000 | SAN FRANCISCO | CA | 94139 |
| PAUL HASTINGS LLP | LEGAL - VARIOUS MATTERS | 695 TOWN CENTER DRIVE | 17TH FLOOR | COSTA MESA | CA | 92626-1924 |
| PEARLMAN, BORSKA & WAX. LLP | LEGAL - RISK | 15910 VENTURA BLVD, 18TH FLOOR | | ENCINO | CA | 91436 |
| PIERCE & LITTLE PC | LEGAL - EMPLOYMENT | 221 N. KANSAS | SUITE 1301 | EL PASO | TX | 79901 |
| PLAVE KOCH PLC | LEGAL - FRANCHISE LAW | 12005 SUNRISE VALLEY DRIVE, SUITE 200 | | RESTON | VA | 20191 |
| RHODES HIERONYMUS JONES TUCKER & GABLE | LEGAL - REAL ESTATE | P.L.L.C. | PO BOX 21100 | TULSA | OK | 74121-1100 |
| RICHARD S. PARAS | LEGAL - GENERAL MATTERS | 379 PULASKI HIGHWAY | | GOSHEN | NY | 10924 |
| RINKE NOONAN | LEGAL - GENERAL | SUITE 300, US BANK PLAZA | P.O. BOX 1497 | ST. CLOUD | MN | 56302-1497 |
| ROGERS JOSEPH O'DONNELL | LEGAL - SCIF (MAXWELL) | 311 CALIFORNIA STREET, 10TH FL | | SAN FRANCISCO | CA | 94104 |
| ROXBOROUGH, POMERANCE, NYE & ADREANI | LEGAL - EMPLOYMENT | 5820 CANOGA AVENUE, SUITE 250 | | WOODLAND HILLS | CA | 91367 |
| SEVERSON & WERSON | PDQ COLLECTIONS/BANKRUPTCY MATTER | ONE EMBARCADERO CENTER | | SAN FRANCISCO | CA | 94111 |
| SLAVIN & SLAVIN | LEGAL - RISK | 20 S. CLARK #510 | | CHICAGO | IL | 60603 |
| SOCIUS LAW GROUP | VILLEDA V. HEINZ/SELECT STAFFING (WASHINGTON STATE) | 2 UNION SQUARE, 601 UNION STREET | SUITE 4950 | SEATTLE | WA | 98101-3951 |
| STERLING ANALYTICS | RISK CONSULTANT | 135 CROSSWAYS PARK DRIVE | SUITE 300 | WOODBURY | NY | 11797 |
| TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP | LEGAL – FRANCHISE MATTER | 22 SOUTH PACK SQUARE | SUITE 800 | ASHEVILLE | NC | 28801 |
| THE MALONEY FIRM, APC | LEGAL - RISK (WC MATTERS) | 21535 HAWTHORNE BLVD | SUITE 200 | TORRANCE | CA | 90503 |
| TROY KISIEL | CLAIMS AND RISK CONSULTING | CLAIMS & RISK MANAGEMENT CONSUL | 14463 ASHBURY DRIVE | CHINO HILLS | CA | 91709 |
| WAI & CONNOR, LLP | LEGAL - RISK | 2566 OVERLAND AVENUE, SUITE 570 | | LOS ANGELES | CA | 90064 |
| WOOD, SMITH, HENNING & BERMAN, LLP | LEGAL - DISCRIMINATION | 7112 N. FRESNO STREET | SUITE 160 | FRESNO | CA | 93720 |
| ZARCO, EINHORN, SALKOWSKI & BRITO | LEGAL – FRANCHISE MATTERS | MIAMI TOWER, 100 SE 2ND STREET | 27TH FLOOR | MIAMI | FL | 33131 |
| ZUKOWSKI, BRESENHAN, SINEX & PETRY LLP | LEGAL - GENERAL | ATTORNEYS AT LAW | SUITE 1100 | HOUSTON | TX | 77027 |