**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN THE MATTER OF: | Chapter 11 |
| Ablest, Inc. *et al.*, | Case No. 14-10717 (KJC) |
| Debtor(s) | |

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  )  Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(  )  Insufficient response to the United States Trustee communication/contact for service on the committee.

(  )  No unsecured creditor interest

(  )  Non-operating debtor-in-possession - - No creditor interest.

(  )  Application to convert to Chapter 7 or to dismiss pending.

(  )  Converted or dismissed.

(  )  Other: Unable to form representative committee

**ROBERTA A. DeANGELIS**
**UNITED STATES TRUSTEE**

 /s/ Mark S. Kenney, for
T. PATRICK TINKER
Assistant United States Trustee

DATED: April 16, 2014
Trial Attorney Assigned to Case: Mark S. Kenney
cc: Attorneys for Debtors: James E. O'Neill, Esq.