# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Ablest, Inc.
3820 State Street
Santa Barbara, CA 93105
 **EIN:** 65–0978462
Ablest
SelectRemedy
Select Staffing

**Chapter:** 11

*Case No*.: 14–10717–KJC

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 4/15/2014 was filed on 4/15/2014 . The following deadlines apply:

The parties have  seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 5/6/2014 .

If a request for redaction is filed, the redacted transcript is due 5/16/2014 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 7/14/2014 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 4/15/14

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                                Case No. 14-10717-KJC
Ablest, Inc.                                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: Al                  Page 1 of 2           Date Rcvd: Apr 15, 2014
                              Form ID: ntcBK            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2014.
db         +Ablest, Inc.,    3820 State Street,    Santa Barbara, CA 93105-3182
aty        +Debra Grassgreen,    Pachulski Stang Ziehl & Jones LLP,    150 California Street, 15th Floor,
             San Francisco, CA 94111-4554
aty        +Jeffrey W. Dulberg,    Pachulski Stang Ziehl & Jones LLp,    10100 Santa Monica Boulevard,
             13th Floor,   Los Angeles, CA 90067-4114
aty        +Kenneth S. Ziman,    Skadden,Arps,Slate,Meagher&Flom LLP,    Four Times Square,
             New York, NY 10036-6522
aty        +Maxim B. Litvak,    Pachulski Stang Ziehl & Jones LLP,    150 California Street, 15th Floor,
             San Francisco, CA 94111-4554

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2014 at the address(es) listed below:
              Albert Kass    on behalf of Claims Agent    Kurtzman Carson Consultants LLC
               ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
              Anthony W. Clark    on behalf of Debtor    Ablest, Inc. ,
               debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
              Connie A. Lahn    on behalf of Creditor    General Mills, Inc. connie.lahn@fmjlaw.com
              Connie A. Lahn    on behalf of Creditor    General Mills Operations LLC connie.lahn@fmjlaw.com
              Glenn S. Walter    on behalf of Debtor    Ablest, Inc. Glenn.Walter@skadden.com
              Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Irving ISD dallas.bankruptcy@publicans.com,
               evelyn.palmer@lgbs.com
              James E. O'Neill    on behalf of Debtor    Tandem Staffing Solutions, Inc. jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Select Trucking Services, Inc. jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Select Specialized Staffing, Inc. jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    RemedyTemp, Inc. jo'neill@pszjlaw.com,   efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Select Temporaries, Inc. jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Select PEO, Inc. jo'neill@pszjlaw.com,   efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Select Personnel Services, Inc. jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Select Nursing Services, Inc. jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Select Corporation jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Ablest, Inc. jo'neill@pszjlaw.com,   efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    RemSC, LLC jo'neill@pszjlaw.com,   efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Remedy Temporary Services, Inc. jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    RemUT, LLC jo'neill@pszjlaw.com,   efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Westaff (USA), Inc. jo'neill@pszjlaw.com,
               efile1@pszyj.com

```
District/off: 0311-1          User: Al                    Page 2 of 2                   Date Rcvd: Apr 15, 2014
                              Form ID: ntcBK              Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              James E. O'Neill    on behalf of Debtor    Westaff Support, Inc. jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Koosharem, LLC jo'neill@pszjlaw.com,   efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Real Time Staffing Services, Inc. jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Westaff, Inc. jo'neill@pszjlaw.com,   efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Remedy Intelligent Staffing, Inc. jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    New Koosharem Corporation jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    Remedy Staffing, Inc. jo'neill@pszjlaw.com,
               efile1@pszyj.com
              James E. O'Neill    on behalf of Debtor    RemX, Inc. jo'neill@pszjlaw.com,   efile1@pszyj.com
              Jeffrey N. Pomerantz    on behalf of Debtor    Ablest, Inc. jpomerantz@pszjlaw.com
              John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
               Workforce Commission john.stern@texasattorneygeneral.gov,
               sherri.simpson@texasattorneygeneral.gov
              Karen B. Dine    on behalf of Interested Party    Bank of the West karen.dine@kattenlaw.com,
               nyc.bknotices@kattenlaw.com
              Karen C Bifferato    on behalf of Creditor    Inland American Retail Management LLC
               kbifferato@connollygallagher.com
              Kurtzman Carson Consultants LLC    akass@kccllc.com
              Mark S. Kenney    on behalf of U.S. Trustee    United States Trustee mark.kenney@usdoj.gov
              Robert S. Brady    on behalf of Interested Party    Wilmington Trust, National Association
               bankfilings@ycst.com
              Scott D. Cousins    on behalf of Interested Party    Bank of the West bankruptcyservice@ccbllp.com,
               mccloskey@ccbllp.com;dero@ccbllp.com
              Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
              Therese Anne Scheuer    on behalf of Interested Party D. Stephen Sorensen tscheuer@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
              Zachary Mosner    on behalf of Creditor    Washington State Taxing Agencies bcumosner@atg.wa.gov
                                                                                             TOTAL: 42
```