# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABLEST INC., et al.,[1] | ) | Case No. 14-10717 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Related Docket No. 8

**INTERIM ORDER UNDER SECTION 366 OF THE BANKRUPTCY CODE
(A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING
OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY
ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING
PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT**

This matter came before the Court on the *Motion of the Debtors for an Order
Under Section 366 of the Bankruptcy Code (a) Prohibiting Utility Providers From Altering,
Refusing or Discontinuing Service, (b) Deeming Utilities Adequately Assured of Future
Performance, and (c) Establishing Procedures for Determining Adequate Assurance of Payment*
(the "Motion").[2] The Motion was filed by the above-captioned debtors and debtors in possession
(the "Debtors") and it shall be promptly served by the Debtors' counsel, together with a copy of
this Interim Order, no later than three (3) business days after entry of this Interim Order by way
of postage prepaid, first class regular mail upon each Utility Provider set forth on **Exhibit A**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are:
Ablest Inc. (8462); Koosharem, LLC (4537); New Koosharem Corporation (9356); Real Time Staffing Services,
Inc. (8189); Remedy Intelligent Staffing, Inc. (0963); Remedy Staffing, Inc. (0080); RemedyTemp, Inc. (0471);
Remedy Temporary Services, Inc. (7385); RemX, Inc. (7388); Select Corporation (6624); Select Nursing Services,
Inc. (5846); Select PEO, Inc. (8521); Select Personnel Services, Inc. (8298); Select Specialized Staffing, Inc. (5550);
Select Temporaries, Inc. (7607); Select Trucking Services, Inc. (5722); Tandem Staffing Solutions, Inc. (5919);
Westaff, Inc. (6151); Westaff (USA), Inc. (5781); Westaff Support, Inc. (1039); RemSC LLC (8072); and RemUT
LLC (0793). The mailing address for each of the Debtors is: 3820 State Street, Santa Barbara, CA 93105.

[2] Capitalized terms not otherwise defined herein shall having the meanings ascribed to them in the Motion.

hereto and other interested parties. The Court finds that the relief requested in the Motion is in

the best interest of the Debtors, their estates and creditors and other parties in interest and that, in

light of the record of the hearing on the Motion, the proposed Utility Deposits and the

Procedures provided for by the Motion constitute adequate assurance of payment to the Utility

Providers for their postpetition services. After due deliberation thereon and sufficient cause

appearing therefore; and due and adequate notice of the Motion having been given under the

circumstances; and the requirements of Rule 6003 of the Federal Rules of Bankruptcy Procedure

having been satisfied; it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED, as stated herein, on an interim basis pending a

final hearing thereon, which is hereby scheduled for 10:00 A.M. on April 23, 2014, with any

objection to be filed and served so as to be received on or before 4:00 P.M. on April 16, 2014.

2.      Within ten (10) days after the date of entry of this Order, the Debtors shall

establish a new segregated bank account (the "Utility Deposit Account"), maintained and

controlled by the Debtors.

3.      Within ten (10) days after the date of entry of this Order, the Debtors will

furnish adequate assurance of payment for postpetition utility services by making a deposit equal

to 50% of the Debtors' estimated cost of postpetition monthly utility consumption (a "Utility

Deposit") for each Utility Provider into the Utility Deposit Account.

4.      Except in accordance with the procedures set forth below, absent further

order of the Court, each Utility Provider is prohibited from (a) altering, refusing or discontinuing

service to, or discriminating against the Debtors solely on the basis of the commencement of

these cases or on account of any unpaid invoice for services provided before the Petition Date, and (b) requiring the payment of any additional deposit or other security in connection with the Utility Providers' continued provision of utility services, including the furnishing of telephone, gas, electricity, water, and trash services, or any other utility service of like kind to the Debtors.

5.      If a Utility Provider is not satisfied with the assurance of future payment provided by the Debtors in the Motion, then the Utility Provider must serve a written request (the "Request") upon the Debtors setting forth the location(s) for which Utility Services are provided, the account number(s) for such location(s), the outstanding balance for each account, a summary of the Debtors' average utility usage over the past twelve months, and an explanation of why the Utility Deposit is inadequate assurance of payment.

6.      The Request must be actually received by the Debtors and Debtors' counsel, Jeffrey Pomerantz, Esquire, and Jeffrey Dulberg, Esquire, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067.

7.      Without further order of the Court, the Debtors may enter into agreements granting additional adequate assurance to a Utility Provider serving a Request, if the Debtors, in their discretion, determine that the Request is reasonable.

8.      If the Debtors believe that a Request is unreasonable, within thirty (30) days after receipt of the Request the Debtors shall file a motion pursuant to section 366(c)(2) of the Bankruptcy Code (a "Determination Motion"), seeking a determination from the Court that the Utility Deposit paid to the objecting Utility Provider, plus any additional consideration offered by the Debtors, constitutes adequate assurance of payment.  Pending notice and a hearing

on the Determination Motion, the Utility Provider that is the subject of the unresolved Request

may not alter, refuse, or discontinue services to the Debtors, nor exercise any set off against the

Utility Deposit.

9.    Any Utility Provider that fails to make a Request shall be deemed to be

satisfied that the Utility Deposit constitutes adequate assurance of payment.

10.    The Debtors may supplement the list of Utility Providers on Exhibit A to

the Motion.  If the Debtors supplement the list subsequent to the filing of the Motion, the

Debtors will serve a copy of the Motion and this Order on any Utility Provider that is added to

the list by such a supplement (the "Supplemental Service").  In addition, the Debtors will provide

a Utility Deposit in the amount of 50% of the estimated cost of monthly utility consumption for

the added Utility Provider.  Any subsequently added Utility Provider set forth on a supplement to

Exhibit A to the Motion will fall within the scope of this Order from the date of the filling of the

supplemental Exhibit A.  If a Request is made, the Debtors and the Utility Provider making the

Request shall be bound by the Procedures set forth herein, as applicable.

11.    The Debtors may terminate the services of any Utility Provider by

providing written notice (a "Termination Notice") to the Utility Provider.  Upon receipt of a

Termination Notice by a Utility Provider and final payment for the Utility Provider for

postpetition services, the Debtors may withdraw an amount equal to the Utility Provider's Utility

Deposit from the Utility Deposit Account, without giving effect to any rights of setoff or any

claims the Utility Provider may assert against the Debtors.  The Debtors' rights to oppose any

such setoff or claims of the Utility Providers are reserved.

12.     Nothing in this order shall be deemed to vacate or modify any other restrictions on the termination of service by a Utility Provider as provided by sections 362 and 365 of the Bankruptcy Code or other applicable law.  Nothing herein or in the Motion shall constitute postpetition assumption or adoption of any agreement pursuant to section 365 of the Bankruptcy Code, nor shall anything herein be deemed a waiver by the Debtors or any other party of any rights with respect to the assumption or rejection of an executory contract.

Dated: _____ , 2014

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

## Exhibit A

### Utility Vendors

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 48558 | 1-STOP WIRELESS | TELEPHONE | 1960 MCCULLOUGH BLVD TUPELO, MS 38801 | 27.09 |
| SELECT STAFFING | ACCESS HOSTING, LLC | TELEPHONE / INTERNET | 1808 HARVEY ROAD WILMINGTON, DE 19810 | 1,711.11 |
| SELECT STAFFING | ADVANCED CABLE CONNECTION INC. | TELEPHONE / INTERNET | P.O. BOX 8097 TAMPA, FL 33674 | 661.84 |
| F5920438 T2100554 | ADVANCED DISPOSAL | TRASH | P.O. BOX 6484 CAROL STREAM, IL 60197-5484 | 49.51 |
| 018233 | ALAMEDA COUNTY INDUSTRIES SAN LEANDRO | TRASH | 610 ALADDIN AVENUE SAN LEANDRO, CA 94577 | 84.47 |
| 307216001657 305517021011 30368004668 | ALLIED WASTE SERVICES | TRASH | P.O. BOX 9001154 LOUISVILLE, KY 40290 | 162.96 |
| 28127-07690 21006-74010 66423-11169 96120-05222 76120-05037 26870-63015 | AMEREN ILLINOIS | ELECTRICITY/GAS | P.O. BOX 66884 ST. LOUIS, MO 63166-6884 | 1,009.36 |
| 07856906370 | AMERICAN ELECTRIC POWER | ELECTRICITY | P.O. BOX 24002 CANTON, OH 44701-4002 | 42.29 |
| SELECT STAFFING | AMERICA'S VOIP | TELEPHONE | 5042 WILSHIRE BLVD # 20577 LOS ANGELES, CA 90036 | 31,178.22 |
| 001524025-0834965 002048398096645 002048398113358L | AQUA ILLINOIS, INC. | WATER | P.O. BOX 1229 NEWARK, NJ 07101-1229 | 202.59 |
| 117467429 117467430 119181124 | AT&T | TELEPHONE / INTERNET | P.O. BOX 8100 AURORA, IL 60507-8100 | 96,590.42 |

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 1174674301 | | | P.O. BOX 105068 ATLANTA, GA 30348-5068 | |
| 818765251495 | | | | |
| 8803730292322 | | | P.O. BOX 105262 ATLANTA, GA 30348-5262 | |
| 31024105035607 | | | | |
| 31032439604709 | | | | |
| 31089814497869 | | | P.O. BOX 105320 ATLANTA, GA 30348 | |
| 32356428469165 | | | | |
| 32356428469165 | | | P.O. BOX 105414 ATLANTA, GA 30348-5414 | |
| 41966151110034 | | | | |
| 55968510207790 | | | P.O. BOX 5001 CAROL STREAM, IL 60197-5001 | |
| 56252982180895 | | | | |
| 58627440567713 | | | | |
| 61879779927141 | | | | |
| 84783830100603 | | | P.O. BOX 5017 CAROL STREAM, IL 60197-5017 | |
| 91339700940937 | | | | |
| 91585934343393 | | | P.O. BOX 5019 CAROL STREAM, IL 60197-5019 | |
| 5088997774001 | | | | |
| 0509025723001 | | | P.O. BOX 5025 CAROL STREAM, IL 60197-5025 | |
| 05090028227001AUG12 | | | | |
| 05090228111001 | | | | |
| 05090234697001 | | | P.O. BOX 5080 CAROL STREAM, IL 60197-5080 | |
| 05090234867001 | | | | |
| 05090235389001 | | | | |
| 05090235748001 | | | P.O. BOX 6463 CAROL STREAM, IL 60197-6463 | |
| 05090236122001 | | | | |
| 05090237442001 | | | | |
| 05090238912001 | | | P.O. BOX 660921 DALLAS, TX 75266-0921 | |
| 05090253643001 | | | | |
| 05131088888001 | | | | |
| 05133093400001JUN13 | | | PAYMENT CENTER SACRAMENTO, CA 95887-0001 | |
| 05151422230001 | | | | |
| 05156710600001 | | | | |
| 05156773330001 | | | | |
| 05156812900001 | | | | |

2

DOCS_LA:232567.7 50005001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 051886301001 | | | | |
| 051887273600I | | | | |
| 054179239900I | | | | |
| 054179242300I | | | | |
| 054179265400I | | | | |
| 054179265400I | | | | |
| 054179268300I | | | | |
| 059154008200I | | | | |
| 059325768800I | | | | |
| 067011504941 25 | | | | |
| 081222535807038 | | | | |
| 081238561903 21 | | | | |
| 080381 9170 3025 | | | | |
| 09103669571278 | | | | |
| 091080103913 00 | | | | |
| 091082103960 42 | | | | |
| 108462887 | | | | |
| 116782814 | | | | |
| 116930619 | | | | |
| 117467429 | | | | |
| 118412996 | | | | |
| 118448390 | | | | |
| 118711083 | | | | |
| 120384247 | | | | |
| 120390029 | | | | |
| 120697837 | | | | |
| 121292684 | | | | |
| 122223808 | | | | |
| 122514220 | | | | |
| 123020126 | | | | |
| 123315014 | | | | |
| 123425615 | | | | |
| 124859466 | | | | |
| 124937276 | | | | |
| 125216420 | | | | |

DOCS_LA:252567.7 50005001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 125306372OCT13 | | | | |
| 1262554722 | | | | |
| 126535670 | | | | |
| 126543624 | | | | |
| 126650843AUG13 | | | | |
| 126783177 | | | | |
| 126943543 | | | | |
| 127295313 | | | | |
| 1274718806 | | | | |
| 1274718065 | | | | |
| 127576135 | | | | |
| 127610977 | | | | |
| 127916972 | | | | |
| 128025853 | | | | |
| 128547480 | | | | |
| 1660022670456 | | | | |
| 1660028383537 | | | | |
| 1717854129619 | | | | |
| 1717891751414 | | | | |
| 1717893916969 | | | | |
| 1717894296429 | | | | |
| 1717920176358 | | | | |
| 209381799994741 | | | | |
| 209538260465597 | | | | |
| 2099379378916 | | | | |
| 2134080262392 | | | | |
| 214206 | | | | |
| 2149287715490 | | | | |
| 2168980091890 | | | | |
| 2173527821655 | | | | |
| 2174312094829 | | | | |
| 2174312165659 | | | | |
| 22948379450013167 | | | | |
| 287244186418 | | | | |
| 305639171322200448 | | | | |

DOCS_LA:252547.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 305838367856970443 | | | | |
| 310329231668294 | | | | |
| 31033598034068 | | | | |
| 310638157718276 | | | | |
| 310898144897869 | | | | |
| 317839072161148 | | | | |
| 32358841575297 | | | | |
| 323782183131355 | | | | |
| 323981024338844 | | | | |
| 330920242686923 | | | | |
| 336665252020011912 | | | | |
| 336851670500011912 | | | | |
| 4043628515520334 | | | | |
| 40436603620010356 | | | | |
| 404R027890890 | | | | |
| 404R252591915 | | | | |
| 40737001506303149 | | | | |
| 40789619124033141 | | | | |
| 4083920905092 | | | | |
| 408305099308206 | | | | |
| 42349961450011863 | | | | |
| 42382521500011867 | | | | |
| 42385579033111867 | | | | |
| 479936583000877 | | | | |
| 51056887442416 | | | | |
| 51079207753142 | | | | |
| 51079636192355 | | | | |
| 55932466001573 | | | | |
| 559685102005372JUN12 | | | | |
| 56143983730010452 | | | | |
| 58627440567713 | | | | |
| 58627440575013 | | | | |
| 60193919440010595 | | | | |
| 61522394150010470 | | | | |
| 618931085728807 | | | | |

5

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 6194265086088 | | | | |
| 6194288324731 | | | | |
| 6194777182512 | | | | |
| 6196112517329 | | | | |
| 6196710695715 | | | | |
| 6196717043087 | | | | |
| 6302210018151 | | | | |
| 6303775836818 | | | | |
| 6305135476279 | | | | |
| 6305135476279 | | | | |
| 6308988778657 | | | | |
| 6309722454732 | | | | |
| 6612881186388 | | | | |
| 6613968341236 | | | | |
| 6622818484001059 | | | | |
| 6624531490365059 | | | | |
| 6624556553028059 | | | | |
| 6625631260060059 | | | | |
| 6782894858509188 | | | | |
| 6784225252001188 | | | | |
| 6784321056422188 | | | | |
| 6826470802386 | | | | |
| 7045043881004319 | | | | |
| 7045043881004319 | | | | |
| 7045238316002319 | | | | |
| 7046364031133319 | | | | |
| 7046385864001319 | | | | |
| 7062910653001063 | | | | |
| 7065650280010063 | | | | |
| 7065958091013063 | | | | |
| 7066023332766063 | | | | |
| 7072265712695 | | | | |
| 7073999206470 | | | | |
| 7074513156015 | | | | |
| 7083317983463 | | | | |

6

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 7136278557321 | | | | |
| 7142781065643 | | | | |
| 7145233092750 | | | | |
| 7145620183616 | | | | |
| 7145628977923 | | | | |
| 7145629002888 | | | | |
| 7146320836437 | | | | |
| 7146329112046 | | | | |
| 7147305181707 | | | | |
| 7147319656757 | | | | |
| 7342610978530 | | | | |
| 7342610978530 | | | | |
| 7606439103205 | | | | |
| 7703059527407889 | | | | |
| 770306367123618 | | | | |
| 7703932005621882 | | | | |
| 7705068632212188 | | | | |
| 7705068632212188 | | | | |
| 7707390447607188 | | | | |
| 7707398980907188 | | | | |
| 7708318075831885 | | | | |
| 7708982051680188 | | | | |
| 7708989765001188 OCT13 | | | | |
| 770N004125400118 | | | | |
| 7732278570296 | | | | |
| 7758258239216 | | | | |
| 7758871808184 | | | | |
| 7758871808189 | | | | |
| 8052049121243 | | | | |
| 808334061 | | | | |
| 8123395792615 | | | | |
| 8152931169274 | | | | |
| 8152931192748 | | | | |
| 8154235192000 | | | | |
| 8159361542828 | | | | |

DOCS_LA:292567.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 817491253994489 | | | | |
| 817491253994489 | | | | |
| 81825528790928 | | | | |
| 81850989001417 | | | | |
| 81876469912730 | | | | |
| 81876525191495 | | | | |
| 8187827426161610SEP13 | | | | |
| 81888338007180 | | | | |
| 81888559113097 | | | | |
| 82262116525 | | | | |
| 825518843 | | | | |
| 825518843X03122012 | | | | |
| 82846677212123198 | | | | |
| 8310000806781 | | | | |
| 83100000865435 | | | | |
| 840691685 | | | | |
| 84729685015202 | | | | |
| 84745114362288 | | | | |
| 84745114523574 | | | | |
| 84745114579568 | | | | |
| 84753421379005 | | | | |
| 856583186 | | | | |
| 856583186 | | | | |
| 90136223756151871 | | | | |
| 901363822020201876 | | | | |
| 90175103045361877 | | | | |
| 90179462476661878 | | | | |
| 90482497940010569 | | | | |
| 909574015199907 | | | | |
| 90987350686100 | | | | |
| 910821164 | | | | |
| 9123300956001310166 | | | | |
| 91274877201163167 | | | | |
| 9129644937560301364 | | | | |
| 91296473680013160 | | | | |

DOCS_LA:252567.7 50005J001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 9129647833001316A | | | | |
| 9158670707421 | | | | |
| 9163760154807S | | | | |
| 916376052079A2 | | | | |
| 9168582309086J | | | | |
| 9169289271867L | | | | |
| 9252741958742A | | | | |
| 9259355625829A | | | | |
| 9259372334757A | | | | |
| 931152453535304573 | | | | |
| 9A98637074901J | | | | |
| 951684709488GL | | | | |
| 9517878393619S | | | | |
| 9545841555003180S | | | | |
| 95458715260031804 | | | | |
| 960550270055SL | | | | |
| 960550326155SD | | | | |
| 96073244065555 | | | | |
| 9607329399555J | | | | |
| 96073801695554 | | | | |
| 9607384109555J | | | | |
| 960739399155SL | | | | |
| 9727260377121L | | | | |
| 989791421171D2 | | | | |
| 999009493914D | | | | |
| 8128861724226 | | | | |
| 8226211652549 | | | | |
| 31024105035607 | | | | |
| 51886962900L | | | | |
| 81546764754924 | | | | |
| 30602188800L | | | | |
| 30602231700L | | | | |
| 6709149171183 | | | | |
| 8123453771288 | | | | |
| 8127058831412 | | | | |

9

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 11918121<br>121423871<br>124492331<br>2143370705382l<br>3235841060087 2<br>3366652502001 1900<br>4235702060713 1800<br>68264715336021<br>70655 0913 0010600<br>7147541 6732285<br>71487132751416<br>8155849314917 1<br>8182552835 7074<br>8182552929288088<br>8187869624859 1<br>8437742425003 1800<br>85840738 1<br>9013628446001 1800<br>9013759129253 1800<br>9157811034 1562<br>9157902687 3235<br>9158593336271 7<br>9158810047956 1<br>9165410281 6432<br>9549754648581800<br>960449963 35553<br>INVOICE BAN 857845208<br>INVOICE BAN 857849971<br>INVOICE BAN 858407381<br>INVOICE BAN 858522370 | | | | |
| 4002655510<br>3016517260<br>3031603978<br>3016895727<br>3017724123 | ATMOS ENERGY | GAS | P.O. BOX 78108<br>PHOENIX, AZ 85062-8108 | 254.06 |

10

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| CUST 50325 CUST 51054 | BERK TEL COMMUNICATIONS | TELEPHONE | 944 SOUTH LAKE STREET FOREST LAKE, MN 55025 | 19,453.33 |
| 7016916893 | BLACK HILLS ENERGY | ELECTRICITY | P.O. BOX 6001 RAPID CITY, SD 57709-6001 | 533.95 |
| 82341301203284528 82341700040203327 83819800608085857 095687201 82341400100011653 82341301203184395 82341801300000079 10146903 82341700040208540 119978202 084686201 82341300100003339 82341301203004900070 82341301203183390 82341501070091890 82341801300000079 | BRIGHT HOUSE NETWORKS | INTERNET | P.O. BOX 30262 TAMPA, FL 33630-3262

P.O. BOX 30765 TAMPA, FL 33630-3765

P.O. BOX 31337 TAMPA, FL 33631-3337

P.O. BOX 31501 TAMPA, FL 33631-3501 | 3,067.68 |
| 2344882036501929 234488262580010 | CABLE ONE | INTERNET | P.O. BOX 9001092 LOUISVILLE, KY 40290-1092 | 212.01 |
| 78021111118018 | CABLEVISION | INTERNET | P.O. BOX 371378 PITTSBURGH, PA 15250-7378 | 52.52 |
| 006-00010349-4 | CALHOUN UTILITIES | WATER / ELECTRICITY | 700 WEST LINE STREET CALHOUN, GA 30701 | 275.36 |
| 76740 | CBEYOND | INTERNET | 320 INTERSTATE N. PARKWAY STE 300 ATLANTA, GA 30339 | 644.99 |
| 235073-001 | CDE | ELECTRICITY | CLARKSVILLE DEPT OF ELECTRICITY P.O. BOX 31509 CLARKSVILLE, TN 37040 | 187.08 |

11

DOCS_LA:252267.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 311755061<br>312158387<br>311256308<br>431007771<br>7195437810009B<br>6239074899452B<br>6239364440520B<br>4356553266934B<br>6029573932752B<br>3083324194393B<br>8019730854600B<br>3038610091288B3<br>7195427834035B3<br>8012680478485B3<br>6239367827209B3<br>3033423384292B3<br>313683007<br>420636542<br>300103473<br>308360123<br>308424686<br>308411749<br>307686626<br>421878240<br>431956940<br>2062467395182B<br>4254531063320B<br>2062230747917B<br>4256372221310B<br>2062460608133B<br>2538504158172B<br>2538526988280B | CENTURY LINK | TELEPHONE / INTERNET | P.O. BOX 1319<br>CHARLOTTE, NC 28201-1319<br><br>P.O. BOX 29040<br>PHOENIX, AZ 85038-9040<br><br>P.O. BOX 2961<br>PHOENIX, AZ 85062-2961<br><br>P.O. BOX 4300<br>CAROL STREAM, IL 60197-4300<br><br>P.O. BOX 91155<br>SEATTLE, WA 98111-9255 | 7,277.23 |
| 8783400020956395<br>8783600041159917<br>8245100650914639 | CHARTER COMMUNICATIONS | INTERNET | P.O. BOX 60229<br>LOS ANGELES, CA 90060-0229 | 1,915.75 |

DOCS_LA:252567.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 82451002600070186 83457818101583537 83537009101060143 83538000011773644 83531003803213270 87833004020070037 82451006313068705 87831003000511502 83457200103720500 87834010100473360 83537000107951600 82451007511050460 | | | | |
| 8459464252 | CHATTANOOGA GAS | GAS | P.O. BOX 59004 KNOXVILLE, TN 37950-9004 | 59.63 |
| 513671760036 513942563993 513942629631 513942562792 513942562978 513105554606 859525600183 895345181784 | CINCINNATI BELL | TELEPHONE / INTERNET | P.O. BOX 748003 CINCINNATI, OH 45274-8003 | 2,220.72 |
| 365381 | CITY OF ANAHEIM | ELECTRICITY | P.O. BOX 3069 201 SOUTH ANAHEIM BOULEVARD ANAHEIM, CA 92803-3069 | 1,264.69 |
| 20240010243 | CITY OF BATESVILLE GAS AND WATER | WATER / SEWER | P.O. BOX 689 BATESVILLE, MS 38606-0689 | 16.29 |
| 018149000 | CITY OF BLOOMINGTON | WATER / SEWER | P.O. BOX 801214 KANSAS CITY, MO 64180-1214 | 16.67 |
| 0027-1-4500-0 | CITY OF BUFORD | TRASH | 2300 BUFORD HWY BUFORD, GA 30518-6144 | 102.71 |
| 0025732-02 | CITY OF CONCORD COLLECTIONS | ELECTRICITY | P.O. BOX 580469 CHARLOTTE, NC 28258-0469 | 188.63 |

13

DOCS_LA:283561.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 00001791<br>10004178 | CITY OF CORONA | ELECTRICITY | UTILITY BILLING DIVISION<br>P.O. BOX 950<br>CORONA, CA 92878-0950 | 1,055.93 |
| 011581-000 | CITY OF CREST HILL | WATER / SEWER | P.O. BOX 4505<br>CAROL STREAM, IL 60197-4505 | 37.81 |
| 64108S-353910 | CITY OF CUYAHOGA FALLS | WATER / ELECTRICITY | UTILITY BILLING OFFICE<br>MUNICIPAL BUILDING<br>CUYAHOGA FALLS, OH 44221-2583 | 301.99 |
| 100076903<br>008107714 | CITY OF DAYTON, TN | ELECTRICITY / WATER / SEWER | P.O. BOX 226<br>DAYTON, TN 37321-0226 | 232.33 |
| 0434060026 | CITY OF GAINESVILLE | WATER | PUBLIC UTILITIES DEPT.<br>P.O. BOX 779<br>GAINESVILLE, GA 30503-0779 | 11.54 |
| 00004889 | CITY OF GRENADA | WATER / SEWER | WATER DEPT.<br>116 S. MAIN STREET<br>GRENADA, MS 38901 | 10.33 |
| 68593-7792 | CITY OF KINSTON | ELECTRICITY | P.O. BOX 3049<br>KINSTON, NC 28502-3049 | 374.74 |
| 15303-38520 | CITY OF LONGMONT | ELECTRICITY / WATER / SEWER | UTILITY BILLING DIVISION<br>350 KIMBARK STREET<br>LONGMONT, CO 80501-5500 | 164.30 |
| 201-88020-97 | CITY OF MT. JULIET | WATER / SEWAGE | ATTN: WAYNE GRIFFIN<br>P.O. BOX 679<br>MOUNT JULIET, TN 37121 | 5.56 |
| 24-00151-03 | CITY OF POOLER | WATER / SEWER | 100 US HIGHWAY 80 SW<br>POOLER, GA 31322-2530 | 76.17 |
| 007753 | CITY OF ROME WATER | WATER / SEWER | P.O. BOX 1711<br>ROME, GA 30162 | 22.22 |
| 023374-74726<br>006307-794651 | CITY OF SANTA BARBARA-UTILITY | WATER / SEWER / TRASH | P.O. BOX 60809<br>SANTA BARBARA, CA 93160-0809 | 1,961.32 |
| 65002043 | CITY OF SANTA FE SPRINGS | WATER | WATER UTILITY<br>11710 TELEGRAPH ROAD | 18.67 |

14

DOCS_LA:252567.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| | | | SANTA FE SPRINGS, CA 90670-3658 | |
| 53047-45717 | CITY OF THOUSAND OAKS | WATER | DEPARTMENT NUMBER 7235 LOS ANGELES, CA 90088-7235 | 48.31 |
| 107900-182248 | CITY OF VICTORVILLE | WATER / SEWER | 14343 CIVIC DR. P.O. BOX 5001 VICTORVILLE, CA 92393 | 223.36 |
| 205910104 | CITY OF WARREN - WATER DIVISION | WATER / SEWER | SUITE 420 ONE CITY SQUARE WARREN, MI 48093-2394 | 91.54 |
| 010002005 | CITY OF WASHINGTON | ELECTRIC / WATER / SEWER / TRASH | 102 E. LIBERTY STREET P.O. BOX 9 WASHINGTON, GA 30673 | 139.36 |
| 0047272303 | CLARKSVILLE GAS & WATER DEPT. | GAS / WATER / SEWER | P.O. BOX 31329 CLARKSVILLE, TN 37040-0023 | 54.98 |
| 23135003197 9 | CLEVELAND UTILITIES | ELECTRIC / WATER / SEWER | P.O. BOX 2730 CLEVELAND, TN 37320-2730 | 231.18 |
| 010330240F | COLUMBIA COUNTY WATER | WATER / SEWER | P.O. BOX 204660 AUGUSTA, GA 30917-4660 | 41.58 |
| 14330378001 0002 17439029005 0001 | COLUMBIA GAS | GAS | P.O. BOX 742529 CINCINNATI, OH 45274-2529 | 220.15 |
| 25201892821015 8771401070347224 8498340040726301 8495440210913235 8495440210913230 8798100030387510 8155100017199088 0562832735101 6 32007547014017 0610161044502 6 0958685876701 9 0950933588501 3 0953140102001 7 | COMCAST | TELEPHONE / INTERNET | P.O. BOX 105184 ATLANTA, GA 30348-5184<br><br>P.O. BOX 105257 ATLANTA, GA 30348-5257<br><br>P.O. BOX 3001 SOUTHEASTERN, PA 19398<br><br>P.O. BOX 3005 SOUTHEASTERN, PA 19398-3005<br><br>P.O. BOX 34744 | 7,741.31 |

15

DOCS_LA:283567.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 8220189906262894 | | | SEATTLE, WA 98124-4744 | |
| 8771203031245962 | | | | |
| 8771300351184616 | | | | |
| 8497950553389952 | | | P.O. BOX 37601 | |
| 8156000383496729 | | | PHILADELPHIA, PA 19101-7601 | |
| 8798201730710900 | | | | |
| 8155300340650308 | | | P.O. BOX 530098 | |
| 8155300340650308 | | | ATLANTA, GA 30353-0098 | |
| 1622350780014 | | | | |
| 8798100710643450 | | | P.O. BOX 69 | |
| 9586858767019 | | | NEWARK, NJ 07101-0069 | |
| 2520148652020 | | | | |
| 8155600704409200 | | | | |
| 8798100030387510 | | | | |
| 0950732056025 | | | | |
| 2520184652020 | | | | |
| 3200745618021 | | | | |
| 1920473175901 4 | | | | |
| 8497800841201326 | | | | |
| 8155400580365550 | | | | |
| 6141124740012 | | | | |
| 8497800841376860 | | | | |
| 8155500160038704 | | | | |
| 8798201440279670 | | | | |
| 8798100250494640 | | | | |
| 8155700060620334 | | | | |
| 8771300051184616 | | | | |
| 8771100250125257 | | | | |
| 0054928060301 1 | | | | |
| 8771201440078958 | | | | |
| 8771100030118283 | | | | |
| 9507740281024 | | | | |
| 8497800841376862 | | | | |
| 8155400580365557 | | | | |
| 0581882164001 1 | | | | |

DOCS_LA:232567.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 815560074040920 9<br>938638767019<br>03818815528017<br>320075504930 18<br>0162677266601 8<br>09507740281024<br>815550030363646<br>095624140720 18<br>877140174013 1206<br>095126870990 18<br>877110082059073 3<br>09577766248019<br>81556006722315 14<br>849780084210581 5<br>820010002108436 8<br>849831018276122 6<br>095474629570 16<br>849833008189766 5<br>901406413 | | | | |
| 2712004014<br>4232637057 | COMED | ELECTRICITY | P.O. BOX 6112<br>CAROL STREAM, IL  60197-6112 | 1,894.77 |
| 110158904<br>41288013 | COMPORIUM TELECOM | TELEPHONE | P.O. BOX 470<br>ROCK HILL, SC  29731 | 1,001.97 |
| 21734537120<br>21734705530<br>61824215510<br>21734513030 | CONSOLIDATED COMMUNICATIONS | TELEPHONE | P.O. BOX 2564<br>DECATUR, IL  62525-2564 | 928.01 |
| 100046344923<br>100015143983<br>100015144221<br>100015143462<br>100015144569<br>100015143744 | CONSUMERS ENERGY CO | GAS | LANSING, MI  48937-0001 | 435.42 |
| 02229920 | COUNTY WASTE | TRASH | 4 ENTERPRISE AVE | 19.44 |

17

DOCS_LA:2325.67.7 50005:001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 33169292000 | COWETA-FAYETTE ELECTRIC MEMBERSHIP CORP. | GAS / ELECTRIC | CLIFTON PARK, NY 12065 SEDC P.O. BOX 530812 ATLANTA, GA 30353-0812 | 220.36 |
| 0013011022971605 0017601052729901 0013011024836601 0013011042999507 0013011026783201 0013011022835602 0013011026317401 0013011003089402 0017601047305801 0013110116569301 0013011026298601 0018501185386101 0013011022860604 0013011026950801 0013011026783201 0027601024042705 0013410118493801 0016011025432601 0013011027022401 0017601037101901 0018501218839701 | COX COMMUNICATIONS | TELEPHONE / INTERNET | P.O. BOX 53214 PHOENIX, AZ 85072-3214 P.O. BOX 53249 PHOENIX, AZ 85072-3249 P.O. BOX 53280 PHOENIX, AZ 58072-3280 P.O. BOX 79172 PHOENIX, AZ 85062-9172 P.O. BOX 79173 PHOENIX, AZ 85062-9173 P.O. BOX 9001817 LOUISVILLE, KY 40290-1817 | 4,710.59 |
| 2010819682 2010819684 | CUCAMONGA VALLEY WATER DISTRICT | WATER / SEWER | P.O. BOX 51788 LOS ANGELES, CA 90051-6088 | 96.33 |
| 843A090320lAo502G | CYPRESS COMMUNICATIONS | TELEPHONE | P.O. BOX 77099 CLEVELAND, OH 44194-7099 | 2,165.88 |
| 000225940l 000226000l 000225950l 000225910l | DALTON UTILITIES | ELECTRICITY | P.O. BOX 869 1200 V.D. PARROTT JR. PKWY DALTON, GA 30722-0869 | 507.13 |
| 0200276000 | DANVILLE SANITARY | SEWER | P.O. BOX 81 | 11.22 |

18

DOCS_LA:232567.7 90005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 000416251S0067 | DISTRICT DEPARTMENT OF UTILITIES | WATER / SEWER | DANVILLE, IL 61834-0081 CHESTERFIELD COUNTY P.O. BOX 26725 RICHMOND, VA 23261-6725 | 15.93 |
| 3500040706324 3500039402254 | DOMINION EAST OHIO | GAS | P.O. BOX 26785 RICHMOND, VA 23261-6785 | 228.69 |
| 5500037954659 | DOMINION HOPE | GAS | P.O. BOX 26783 RICHMOND, VA 23261-6783 | 49.73 |
| 7763012015 1665873129 0960481968 | DOMINION VIRGINIA POWER | ELECTRICITY | P.O. BOX 26785 RICHMOND, VA 23290 | 515.17 |
| 57000I700022 57000I700030 57000I700055 | DTE ENERGY | ELECTRICITY | P.O. BOX 740786 CINCINNATI, OH 45274-0786 | 903.04 |
| 1155167787 1685446618 5866019382 1664422643 1856417609 1967754419 11802701030 01802701035 8437840392 1686265123 6528715439 31400858236 12100863233 5930077227I 7456251508 1740002835 6182787468 5868311054 6559410352 | DUKE ENERGY PROGRESS | ELECTRICITY | P.O. BOX 1003 CHARLOTTE, NC 28201<br><br>P.O. BOX 1004 CHARLOTTE, NC 28201<br><br>P.O. BOX 1326 CHARLOTTE, NC 28201-1326<br><br>P.O. BOX 70516 CHARLOTTE, NC 28272 | 3,013.19 |
| 000000003005010 | EARTHLINK | TELEPHONE | P.O. BOX 88104 | 500.00 |

19

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 14894215 28246290 24244202 | | | CHICAGO, IL 60680-1104 | |
| 54410300001 | EBMUD PAYMENT CENTER | WATER | P.O. BOX 1000 OAKLAND, CA 94649 | 9.02 |
| 5110122343 | EL PASO DISPOSAL | TRASH | A WASTE CONNECTIONS COMPANY P.O. BOX 660177 DALLAS, TX 75266-0177 | 94.26 |
| 2108869303 508134301 | EL PASO WATER | WATER / SEWER | P.O. BOX 511 EL PASO, TX 79961-0001 | 196.76 |
| 9834104290 | ELIZABETHTOWN GAS | GAS | P.O. BOX 11811 NEWARK, NJ 07101-8111 | 72.32 |
| 50723550 44572807 | ENTERGY | ELECTRICITY | P.O. BOX 8105 BATON ROUGE, LA 70891-8105 | 490.76 |
| 2141409004 2141410004 | EPB ELECTRIC POWER | ELECTRICITY | ATTN: REMITTANCE PROCESSING P.O. BOX 18253 CHATTANOOGA, TN 37422-7253 | 297.19 |
| NL10847800 | FIRST CHOICE TECHNOLOGY | TELEPHONE | P.O. BOX 850001 ORLANDO, FL 32885-0353 | 2,509.20 |
| 1MAJ4106852550 | FIRST COMMUNICATIONS | TELEPHONE | P.O. BOX 18254 COLUMBUS, OH 43218 | 3.18 |
| 3250049002 | FLINT EMC | ELECTRICITY . | SEDC P.O. BOX 530812 ATLANTA, GA 30353-0812 | 242.65 |
| 9972322474 8552750476 6179036311 3318610361 | FPL | ELECTRICITY | FLORIDA POWER & LIGHT COMPANY GENERAL MAIL FACILITY MIAMI, FL 33188-0001 | 992.81 |
| 6106858913030693 2174655035012095 6185447891092095 6185445450420115 | FRONTIER COMMUNICATIONS | TELEPHONE | P.O. BOX 20550 ROCHESTER, NY 14602-0550 P.O. BOX 20567 | 3,092.38 |

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 21700240230905075<br>6189427494717095<br>7178120555327093<br>6189425177426085<br>8122323365808125<br>3044288027102084<br>4253556863122085<br>03024810535615215210<br>0091424939390<br>23310460200722032<br>91428534036<br>91424939390<br>12549127906973610<br>6106835891303060093<br>0091427596079<br>100208470 | | | ROCHESTER, NY 14602-0567 | |
| 74817201 | GCI | INTERNET | 11260 OLD SEWARD HWY<br>SUITE 105<br>ANCHORAGE, AK 99515 | 211.22 |
| 3427306343969<br>273558727255713 | GEORGIA NATURAL GAS | GAS | P.O. BOX 105445<br>ATLANTA, GA 30348-5445 | 85.94 |
| 74836510080<br>1872414028<br>6378639033<br>5786618036<br>8094560066<br>6137855037<br>3075818015<br>3083303176<br>3977721068<br>0727336003<br>0031932037 | GEORGIA POWER COMPANY | ELECTRICITY | 96 ANNEX<br>ATLANTA, GA 30396-0001 | 3,211.59 |
| 0314290005 | GOLETA WATER DISTRICT | WATER / SEWER | 4699 HOLLISTER AVENUE<br>GOLETA, CA 93110-1999 | 36.02 |

21

DCS_LA:232362.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 0173888<br>1802173 | GRANITE TELECOMMUNICATIONS | TELEPHONE | P.O. BOX 83197<br>WOBURN, MA 01813-3197 | 4,384.00 |
| 365849002 | GROOT INDUSTRIES, INC. | TRASH | P.O. BOX 92317<br>ELK GROVE VILLAGE, IL 60009-2317 | 49.17 |
| 20426730 | GWINNETT CO. WATER RESOURCES | WATER | P.O. BOX 530575<br>ATLANTA, GA 30353-0575 | 18.22 |
| 1000445874 | HARGRAY | TELEPHONE / INTERNET | HARGRAY REMITTANCE CENTER<br>P.O. BOX 2000<br>HILTON HEAD ISL, SC 29938-2000 | 100.78 |
| 125761002 | HARRISONBURG ELECTRIC COMMISSION | ELECTRICITY | 89 W. BRUCE STREET<br>HARRISONBURG, VA 22801 | 125.07 |
| SELECT STAFFING | HICKSGAS LLC | GAS | 1625 S. SCHUYLER AVENUE<br>KANKAKEE, IL 60901 | 137.05 |
| 110065513225 | ILLUMINATING COMPANY | ELECTRICITY | P.O. BOX 3638<br>AKRON, OH 44309-3638 | 241.45 |
| 3249<br>35533 | IMPULSE ADVANCED COMMUNICATIONS | TELEPHONE / INTERNET | 5383 HOLLISTER AVENUE<br>SUITE 240<br>GOLETA, CA 93111 | 54,647.52 |
| 3004 | INDEPENDENT WASTE | TRASH | 18516 E. SADDLECLUB RD<br>BELLE RIVE, IL 62810 | 13.33 |
| 405400497320 1 | INSIGHT COMMUNICATIONS | INTERNET | P.O. BOX 740273<br>CINCINNATI, OH 45274-0273 | 246.67 |
| 790508<br>799486<br>767427<br>604931<br>765924<br>790980<br>790666<br>886360 | INTEGRA TELECOM | TELEPHONE | P.O. BOX 2966<br>MILWAUKEE, WI 53201-2966 | 2,457.72 |
| 980582 | INTERCALL INC. | TELEPHONE / | FILE 51089 | 681.07 |

22

DOCS_LA:252567.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 98900014 | | AUDIOSTREAMING | LOS ANGELES, CA 90074-1089 | |
| | INTERNATIONAL ENVIRONMENTAL MANAGEMENT | TRASH | 24516 NETWORK PLACE CHICAGO, IL 60673-1245 | 28.67 |
| 100086785217 | JCP & L | ELECTRICITY | JERSEY CENTRAL POWER & LIGHT P.O. BOX 3687 AKRON, OH 44309-3687 | 212.04 |
| 51043050314313030 51043050311385826 4 | KANSAS GAS SERVICE | GAS | P.O. BOX 22158 TULSA, OK 74121-2158 | 208.05 |
| 0133489376 | KCP & L | ELECTRICITY | P.O. BOX 219330 KANSAS, MO 64121-9330 | 295.86 |
| 1813300132 1547077039 3928338035 2195456030 11000065903 | KRATOS GAS & POWER | GAS / ELECTRICITY | P.O. BOX 935651 ATLANTA, GA 31193-5651 | 123.17 |
| 9974980000 8974980000 8185980000 7185980000 | L.A. DEPARTMENT OF WATER & POWER | WATER / ELECTRICITY | P.O. BOX 30808 LOS ANGELES, CA 90030-0808 | 2,355.68 |
| SOR0008404800 0 SOR0010405505 0 | LA CUMBRE MUTUAL WATER CO. | WATER | 695 VIA TRANQUILA SANTA BARBARA, CA 93110-2229 | 48.50 |
| 3372464 | LAKELAND ELECTRIC | ELECTRICITY | P.O. BOX 32006 LAKELAND, FL 33802-2006 | 142.22 |
| 937835P | LEVEL 3 COMMUNICATIONS | TELEPHONE | P.O. BOX 952061 ST. LOUIS, MO 63195-2061 | 456.84 |
| 6750412467136207 | LIBERTY UTILITIES | GAS | 75 REMITTANCE DRIVE SUITE 1918 CHICAGO, IL 60675-1918 | 34.07 |
| WESTAFF SELECT FAMILY | LINCOLN WASTE SOLUTIONS, LLC | TRASH | 500 COTTAGE GROVE ROAD, SUITE 202 BLOOMFIELD, CT 06002 | 645.09 |

23

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 1843661 | MARBORG INDUSTRIES | TRASH | P.O. BOX 4127<br>SANTA BARBARA, CA 93140 | 60.54 |
| 5204208065000 | MATRIX | TELEPHONE | P.O. BOX 660780<br>DALLAS, TX 75266 | 112.65 |
| 2DE71527<br>08693320797 | MCI | TELEPHONE | P.O. BOX 660206<br>DALLAS, TX 75266-0206 | 44.11 |
| 8384921560090298<br>8384911970000508<br>8384940560000081 | MEDIACOM | TELEPHONE / INTERNET | P.O. BOX 5744<br>CAROL STREAM, IL 60197-5744 | 248.56 |
| 30567338<br>30532214<br>1217938<br>1683956<br>10370332 | MEGAPATH, INC. | INTERNET | DEPT 0324<br>P.O. BOX 120324<br>DALLAS, TX 75312-0324 | 32,647.66 |
| 00041948413103559<br>000405464135963,7 | MEMPHIS LIGHT, GAS & WATER | GAS / ELECTRIC | P.O. BOX 388<br>MEMPHIS, TN 38145-0388 | 986.51 |
| SELECT STAFFING | METROPOLITAN TELECOMMUNICATIONS | TELEPHONE | P.O. BOX 9660<br>MANCHESTER, NH 03108-9660 | 95,182.80 |
| 200005850-6286<br>200005850742.7<br>200005652687<br>200003787543.7 | MIDDLE TENNESSEE ELECTRIC | ELECTRICITY | MEMBERSHIP CORP.<br>P.O. BOX 608<br>MURFREESBORO, TN 37133-0608 | 410.22 |
| 23331901681.4<br>00702001681.4 | MIDDLE TENNESSEE NATURAL GAS | GAS | UTILITY DISTRICT<br>P.O. BOX 399<br>WOODBURY, TN 37190-0399 | 81.00 |
| 5773<br>6067<br>6102<br>6743<br>6814.<br>6815<br>6834<br>5861<br>6901 | MM INTERNET, INC. | INTERNET | 200 OCEANGATE<br>SUITE 800<br>LONG BEACH, CA 90802<br><br>P.O. BOX 32483<br>LONG BEACH, CA 90832 | 787.89 |

24

DOCS_LA:252567.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 6908<br>6909<br>6910<br>6914<br>6919<br>6738 | | | | |
| 25000348583 | MODESTO IRRIGATION DISTRICT | ELECTRICITY | P.O. BOX 5355<br>MODESTO, CA 95352-5355 | 357.64 |
| 10390114195 | MON POWER | ELECTRICITY | P.O. BOX 3615<br>AKRON, OH 44309 | 85.97 |
| 11008434I632 | | | | |
| 08600870330254 | NASHVILLE ELECTRIC SERVICE | ELECTRICITY | 1214 CHURCH STREET<br>NASHVILLE, TN 37246-0003 | 32.43 |
| 03797801<br>03118070I | NEWWAVE COMMUNICATIONS | INTERNET | P.O. BOX 988<br>SIKESTON, MO 63801 | 229.75 |
| 9288913715I<br>65706847962<br>891333I0006<br>01862910005<br>68804031497<br>40565270176 | NICOR GAS | GAS | P.O. BOX 5407<br>CAROL STREAM, IL 60197-5407 | 546.50 |
| 450005I043024 | NORTH SHORE GAS | TELEPHONE | P.O. BOX A3991<br>CHICAGO, IL 60690-3991 | 99.21 |
| 4987696<br>4986528 | NORTH STATE COMMUNICATIONS | TELEPHONE | P.O. BOX 612<br>HIGH POINT, NC 27261 | 78.08 |
| 31000002 | NORTHCENTRAL ELECTRIC POWER ASSOCIATION | ELECTRICITY | P.O. BOX 405<br>BYHALIA, MS 38611-0405 | 476.94 |
| 10001554759022797113<br>10001554759011316931 | NV ENERGY | GAS / ELECTRICITY | P.O. BOX 30065<br>RENO, NV 89520 | 298.61 |
| 007951 | ONSLOW CONTAINER SERVICE, INC. | TRASH | WASTE DISPOSAL, RECYCLING & MOBILE<br>SHREDDING SERVICES<br>DEEP RUN, NC 28525 | 65.20 |
| 7608672807 | ONTARIO MUNICIPAL UTILITIES COMPANY | TRASH | P.O. BOX 8000<br>ONTARIO, CA 91761-1076 | 249.40 |

DOCS_LA:252567.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 49269672694 49269672694 49269672694 49269672694 49269672694 49269672694 49269672694 49269672694 49269672694 49269672694 49269672694 49269672694 49269672694 49269672694 49269672694 49269672694 | PACIFIC GAS AND ELECTRIC COMPANY | GAS / ELECTRICITY | BOX 997300 SACRAMENTO, CA 95899-7300 | 2,949.55 |
| 2260355 6115310A | PAETEC | TELEPHONE | P.O. BOX 3243 MILWAUKEE, WI 53201-3243 | 1,082.88 |
| 4500041837665 4500041837805 | PEOPLES GAS | GAS | P.O. BOX 19100 GREEN BAY, WI 54307-9100 | 129.16 |
| 80026242171003 80026242171005 6001289813002 90034635650001 | PIEDMONT NATURAL GAS | GAS | P.O. BOX 533500 ATLANTA, GA 30353-3500 | 148.99 |
| 000238448 | PINEVILLE TELEPHONE COMPANY | TELEPHONE | P.O. BOX 249 PINEVILLE, NC 28134 | 25.62 |
| 499014 | PIONEER TELEPHONE | TELEPHONE | P.O. BOX 11018 LEWISTON, ME 04243-9469 | 22.01 |
| 6258119029 04209011016 | PPL ELECTRIC UTILITIES | ELECTRICITY | 2 NORTH 9TH STREET RPC-GENN1 ALLENTOWN, PA 18101-1175 | 53.94 |
| 3271678 | PREMIERE GLOBAL SERVICES | TELEPHONE | P.O. BOX 404351 ATLANTA, GA 30384-4351 | 4,691.45 |
| 5868311054 | PROGRESS ENERGY | ELECTRICITY | P.O. BOX 3199 | 595.41 |

26

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 8437840392<br>7753708438 | | | ST. PETERSBURG, FL  33733 | |
| 7456251508<br>4976845620<br>5866019382 | PROGRESS ENERGY CAROLINAS INC. | ELECTRICITY | RALEIGH, NC  27698-0001 | 277.56 |
| 7051443100<br>7011485600<br>6554221107<br>6615320800 | PSE&G CO | GAS / ELECTRICITY | P.O. BOX 14444<br>NEW BRUNSWICK, NJ  08906-4444 | 682.58 |
| 5210080965955<br>5210080965988<br>5210083672343 | PSNC ENERGY | GAS | P.O. BOX 100256<br>COLUMBIA, SC  29202-3256 | 129.88 |
| 0380977707 | QUESTAR GAS | GAS | P.O. BOX 45841<br>SALT LAKE CITY, UT  84139-0001 | 45.60 |
| 81688749 | RELIANT ENERGY | ELECTRICITY | P.O. BOX 650475<br>DALLAS, TX  75265-0475 | 523.02 |
| 308704142253 | REPUBLIC SERVICES # 870 | TRASH | P.O. BOX 9001099<br>LOUISVILLE, KY  40290-1099 | 271.95 |
| 308530036371 | REPUBLIC SERVICES #853 | TRASH | P.O. BOX 78829<br>PHOENIX, AZ  85062-8829 | 132.18 |
| 263976122921<br>263976122918<br>263976122917 | RIVERSIDE PUBLIC UTILITIES | ELECTRICITY | 3900 MAIN STREET<br>RIVERSIDE, CA  92522-0144 | 660.65 |
| 167618190018 | ROCKY MOUNTAIN POWER | ELECTRICITY | 1033 NE 6TH AVE<br>PORTLAND, OR  97256-0001 | 71.80 |
| 5185077024<br>5146160089<br>81802432787<br>9305245882<br>3124742084 | SAN DIEGO GAS & ELECTRIC | ELECTRICITY | P.O. BOX 25111<br>SANTA ANA, CA  92799-5111 | 1,624.61 |
| 7310123983118<br>73101206344473 | SCANA ENERGY | GAS | P.O. BOX 100157<br>COLUMBIA, SC  29202-3157 | 62.29 |
| 20732400961 | SHELBYVILLE POWER, WATER & SEWER SYSTEM | GAS / WATER | 308 SOUTH MAIN STREET<br>SHELBYVILLE, TN  37162 | 217.10 |

27

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 1034147002<br>1034147001 | SHENANDOAH VALLEY ELECTRIC COOPERATIVE | ELECTRICITY | P.O. BOX 79647<br>BALTIMORE, MD 21279-0647 | 172.20 |
| SR000265<br>SR00027792 | SKYRIVER COMMUNICATIONS | INTERNET | ATTN: ACCOUNTS RECEIVABLE<br>9370 CHESAPEAKE DR. #150<br>SAN DIEGO, CA 92123 | 159.00 |
| 3117839 | SMUD | ELECTRICITY | P.O. BOX 15555<br>SACRAMENTO, CA 95852 | 557.26 |
| 2580553504<br>92817 | SMYRNA UTILITIES | GAS | 315 SOUTH LOWRY STREET<br>SMYRNA, TN 37167-3416 | 28.83 |
| | SOMERSET TECHNOLOGIES | TELEPHONE / INTERNET | 10121 EVERGREEN WAY #282<br>EVERETT, WA 98204 | 865.50 |
| 6017 | SOUTH STAR PROPANE, INC. | PROPANE | 305 LANIS ALLEY<br>WASHINGTON, GA 30673 | 4.92 |
| 2287827414<br>2207847807 | SOUTHERN CALIFORNIA EDISON CO. | GAS | P O BOX 300<br>ROSEMEAD, CA 91772-0001 | 23,461.71 |
| 2411156795005<br>1210556724028 | SOUTHWEST GAS CORPORATION | TELEPHONE / INTERNET | P O BOX 98890<br>LAS VEGAS, NV 89150-0101 | 113.77 |
| 418279602<br>922206174 | SPRINT | ELECTRICITY | P.O. BOX 54977<br>LOS ANGELES, CA 90054-0977<br><br>P.O. BOX 4181<br>CAROL STREAM, IL 60197-4181<br><br>P.O. BOX 219100<br>KANSAS CITY, MO 64121-9100 | 6,013.95 |
| 772582007<br>9001111003 | SRP | ELECTRICITY | P.O. BOX 80062<br>PRESCOTT, AZ 86304-8062 | 549.89 |
| 8137400010184O4<br>8137400010210046 | T6 BROADBAND | INTERNET | P.O. BOX 2107<br>OMAHA, NE 68103-2107 | 121.51 |
| 10364001 | TALLAHATCHIE VALLEY ELECTRIC POWER ASSOC | ELECTRICITY | P.O. BOX 513<br>BATESVILLE, MS 38606-0513 | 345.25 |
| 6156415990 | TDS METROCOM | INTERNET | P O BOX 94510<br>PALATINE, IL 60094-4510 | 10.36 |
| 6157937340 | TDS TELECOM | INTERNET | P.O. BOX 94510 | 241.29 |

28

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 122428 | TELEPACIFIC COMMUNICATIONS | INTERNET | PALATINE, IL 60094-4510<br>P.O. BOX 526015<br>SACRAMENTO, CA 95852-6015 | 2,447.74 |
| 54446 | TELETOUCH | TELEPHONE | P.O. BOX 55600<br>LITTLE ROCK, AR 72215-5560 | 7.88 |
| 912129711232821182<br>912121711515714164 | TEXAS GAS SERVICE | GAS | P O BOX 219913<br>KANSAS CITY, MO 64121-9913 | 107.22 |
| 02864752833<br>16336013020<br>12271203536<br>12741633221<br>10231659862 | THE GAS COMPANY | GAS | P.O. BOX C<br>MONTEREY PARK, CA 91756 | 1,107.91 |
| 01020026335802100l<br>103035148540140Ol<br>103031420039014001<br>84483003403040012<br>84483004601268l3<br>84483000107662O9<br>82601705409830O3<br>82601705409237O2<br>84482000613842G8<br>84483005102781T6<br>84482000141566S6<br>84482001829743Z8<br>84484102900106S7<br>84483003831022O6<br>84484102603311S6<br>84483001704096A0<br>826013034040987Z<br>844820006167741A<br>826013051750317S<br>82601305931672S5<br>82601300736488S6<br>165380110007841S024C2025668 | TIME WARNER CABLE | INTERNET | P.O. BOX 0901<br>CAROL STREAM, IL 60132-0901<br><br>P.O. BOX 1060<br>CAROL STREAM, IL 60132<br><br>P.O. BOX 60074<br>CITY OF INDUSTRY, CA 91716-0074<br><br>P.O. BOX 70872<br>CHARLOTTE, NC 28272-0872<br><br>P.O. BOX 11825<br>NEWARK, NJ 07101-8125 | 4,678.79 |

29

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 32402001) 202569371002001 202604994001001 202844261401001 657028101001 657028101001 90110 101929 | TNCI, INC. | TELEPHONE | P.O. BOX 981038 BOSTON, MA 02298-1038 | 5,429.74 |
| 1124058446 | TOPEKA WATER | WATER | P.O. BOX 3566 TOPEKA, KS 66601-3566 | 46.22 |
| 3490 | TOWN OF JONESVILLE | WATER / SEWER | 1503 NC 67 HWY JONESVILLE, NC 28642 | 58.78 |
| 1293X17 | TTI NATIONAL INC. | TELEPHONE | P.O. BOX 660072 DALLAS, TX 75266-0072 | 31.50 |
| 07406368 | TUPELO WATER & LIGHT | ELECTRICITY | P.O. BOX 588 TUPELO, MS 38802-0588 | 224.92 |
| 261697 16996 | TW TELECOM | TELEPHONE | P.O. BOX 172567 DENVER, CO 80217-2567 | 2,952.12 |
| 900009720875 1000019704946 90001131424З 90001131З955 | TXU ENERGY | ELECTRICITY | P.O. BOX 100001 DALLAS, TX 75310 | 2,192.34 |
| S5000700 | UNSI, INC. (F/K/A AIRBAND COMMUNICATIONS, INC.) | INTERNET | DEPT 6566 75 REMITTANCE DRIVE CHICAGO, IL 60675-6566 | 133.33 |
| 91895342 | USA MOBILITY WIRELESS INC. | MOBILE TELEPHONE | 350 AUTOMATION WAY BIRMINGHAM, AL 35210 | 28.35 |
| 19171 | UTAH BROADBAND LLC | INTERNET | 461 PARKLAND DRIVE SANDY, UT 84070 | 88.67 |
| | VCANDIDATE LLC | TELEPHONE / INTERNET | 2885 SANFORD AVENUE SW #20577 GRANDVILLE, MI 49418 | 1,467.22 |
| 0262083516257217387 0262083516257223986 | VECTREN ENERGY DELIVERY | GAS | P.O. BOX 6248 INDIANAPOLIS, IN 46206-6248 | 176.63 |

30

DOCS_LA:25256.7.50000/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 19000126104489500<br>01176127224838104<br>45900039443133601<br>01251912842825120S<br>0115051233257360O<br>0125811265215392O1<br>78900084720130000B<br>0125191263209484O1<br>01900012082072220B<br>190001296260797100<br>0190001288265757400<br>190001282267664O0<br>01900012826766407<br>01900012962679710I<br>0115051239309300O4<br>01150511135981750B<br>01251912114504810B<br>01255512123224360O<br>0125811159432950O<br>019000111588924003<br>0190001138841456O2<br>15221806705748140B<br>459000398329888700<br>78900085110102290B<br>81900085460110630I<br>019000125627407105<br>159000060671608506<br>01170312810950290S<br>0125581277037184O6<br>0125611292143909O7<br>01259012881562010B<br>0125901288156201O2<br>019000105712479O6<br>019000110671133603<br>01900011571108403 | VERIZON | TELEPHONE / INTERNET | P.O. BOX 28000<br>LEHIGH VALLEY, PA 18002-8000<br><br>P.O. BOX 920041<br>DALLAS, TX 75392-0041<br><br>P.O. BOX 660720<br>DALLAS, TX 75266-0720<br><br>P.O. BOX 4833<br>TRENTON, NJ 08650-4833<br><br>P.O. BOX 4648<br>TRENTON, NJ 08650-4648<br><br>P.O. BOX 15124<br>ALBANY, NY 12212-5124<br><br>P.O. BOX 382040<br>PITTSBURGH, PA 15251-8040<br><br>P.O. BOX 371873<br>PITTSBURGH, PA 15250-7873<br><br>P.O. BOX 105068<br>ATLANTA, GA 30348-5068 | 19,156.64 |

31

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 0190001138870740003 | | | | |
| 0125731275186662201 | | | | |
| 1056172883497917503 | | | | |
| 1090002814443977702 | | | | |
| 0170331254198394403 | | | | |
| 0170331254198394403 | | | | |
| 8490090660075901 | | | | |
| 0190001289309460008 | | | | |
| 9980006511 | | | | |
| 0190001261044489500 | | | | |
| 1514140698456026100 | | | | |
| 0190001135869989006 | | | | |
| 4549803942328655802 | | | | |
| 0125101276427980009 | | | | |
| 0128641182130675508 | | | | |
| 0177312161604730100 | | | | |
| 0128581155818100606 | | | | |
| 0171211760236009090 | | | | |
| 1513160624376517021 | | | | |
| 1542140685100645507 | | | | |
| 0117931326726172206 | | | | |
| 0117731242447423081 | | | | |
| 0125731100599216031 | | | | |
| 0125731190508100000 | | | | |
| 0117281242787995001 | | | | |
| 0125601111442984081 | | | | |
| 1090002864300916011 | | | | |
| 0190001172730785021 | | | | |
| 1552170667365053091 | | | | |
| 0050501159489/0190001110798491021 | | | | |
| 0190001191719058011 | | | | |
| 0190001191719058011 | | | | |
| 0190001242164279021 | | | | |
| 1513160661490824031 | | | | |
| 1513160670452816041 | | | | |

32

DOCS_LA:252367.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 8590009639005895900 | | | | |
| 4590003960030727809 | | | | |
| 4590003960030727809 | | | | |
| 4590003960030727809 | | | | |
| 0117121198455337102 | | | | |
| 0125191132050039206 | | | | |
| 8590009431006911103 | | | | |
| 8590009800065110S | | | | |
| 8590009377005807208 | | | | |
| 0190001253319476001 | | | | |
| 0190001253319476001 | | | | |
| 0190001210198234803 | | | | |
| 0125101250192049010 | | | | |
| 0125731238200959906 | | | | |
| 1514210606665976210 | | | | |
| 0125191225222274607 | | | | |
| 0117712782004445O2 | | | | |
| 0190001293265722201 | | | | |
| 1514610623826949471O | | | | |
| 0190001238279776610 | | | | |
| 0125731262220732108 | | | | |
| 0006080027508TY | | | | |
| 0008650001805037Y | | | | |
| 0009938006807470Y | | | | |
| 0001280272608BY | | | | |
| 0001309913B1002Y | | | | |
| 0000757036151571Y | | | | |
| 80444318318(000130735951111Y) | | | | |
| 00009990372096O0Y | | | | |
| 0000999037200887Y | | | | |
| 0001935520724042Y | | | | |
| 0008788523243077Y | | | | |
| 0006623463119965Y | | | | |
| 6093956770506262Y | | | | |
| 2012230072323922Y | | | | |

33

DOCS_LA:352567.7 59005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 9732523824461S1Y<br>6096354186312367Y<br>8562417373672321Y<br>7322468949109857Y<br>9089940032582923Y<br>6105301666670887Y<br>7177920680044482Y<br>5705622045810047Y<br>5705622471258S7Y<br>6102664220048545Y<br>7175602251488057Y<br>7175601110676307Y<br>6104919138404207Y<br>0009276241811YY<br>2122262432349210<br>7690006095300467106<br>7690006018005227701<br>VS92082118<br>877014801029X226<br>03417932267001 | | | | |
| 921833124000001<br>6716698680001<br>8420105090001 | VERIZON WIRELESS | MOBILE TELEPHONE | P.O. BOX 9622<br>MISSION HILLS, CA 91346-9622 | 79,178.05 |
| 373455 | VILLAGE OF CRESTWOOD | WATER / SEWER | 13840 S. CICERO AVE<br>CRESTWOOD, IL 60445 | 22.36 |
| 1009876003 | VINCENNES WATER UTILITIES | WATER | 403 BUSSERON STREET<br>P.O. BOX 749<br>VINCENNES, IN 47591 | 17.83 |
| | VOICE BROADCASTING | TELEPHONE / INTERNET | 1527 S. COOPER ST.<br>ARLINGTON, TX 76010 | 222.22 |
| 603971<br>1011150 | WARP2BIZ | TELEPHONE / INTERNET | 101 E GREEN STREET<br>SUITE 13<br>PASADENA, CA 91105 | 263.33 |
| 3982681136 | WASHINGTON GAS | GAS | P.O. BOX 37747<br>PHILADELPHIA, PA 19101-5047 | 111.79 |

34

DOCS_LA:252567.7 50005/001

| ACCOUNT NUMBER(S) | PROVIDER | TYPE OF SERVICE | ADDRESS | PROJECTED MONTHLY AVERAGE ($) |
|---|---|---|---|---|
| 37500910413755 58900510825896 36000112280602 | WASTE MANAGEMENT | TRASH | OF MICHIGAN P.O. BOX 4648 CAROL STREAM, IL 60197-4648 | 532.08 |
| 042039 207313 | WEST COAST RUBBISH CO., INC. | TRASH | P.O. BOX 1081 SUN VALLEY, CA 91352 | 56.62 |
| 4793700664 | WESTAR ENERGY | ELECTRICITY | PO Box 758500 Topeka, KS 66675-8500 | 211.29 |
| 7066781502 7066784242 | WILKES TELEPHONE & ELECTRIC COMPANY | TELEPHONE / INTERNET | P.O. BOX 277 WASHINGTON, GA 30673 | 310.11 |
| 2449669 00239509 071550692 062535447 126501622 072259019 062007681 061891716 072436886 073147949 | WINDSTREAM | TELEPHONE | P.O. BOX 9001950 LOUISVILLE, KY 40290-1950 | 3,318.63 |
| 2091021 1148764 | WOW | TELEPHONE | P.O. BOX 70999 CHARLOTTE, NC 28272-0999 | 130.35 |
| 1148764 2091021 | WOW! (F/K/A KNOLOGY) | TELEPHONE | 7887 EAST BELLEVIEW AVE. ENGLEWOOD, CO 80111 | 405.03 |
| 510010143645 5331392064 5311041455 5311301676 | XCEL ENERGY | ELECTRICITY / GAS | DBA: PUB SER CO OF COLORADO P.O. BOX 9477 MINNEAPOLIS, MN 55484-9477 | 504.61 |
| 00400000278804 221448 | XO COMMUNICATIONS | TELEPHONE | 14239 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | 1,032.06 |
| 782072 | XPEDITE SYSTEMS, LLC | TELEPHONE | P.O. BOX 116451 ATLANTA, GA 30368-6451 | 647.56 |
|  |  |  |  | 586,367.51 |

DOCS_LA:252567.7 50005/001