IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABLEST INC., et al.,[1] | ) | Case No. 14-10717 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | [Related Docket No. 76] 145 |

## ORDER (A) AUTHORIZING THE DEBTORS TO (A) PAY FEES IN CONNECTION WITH ENGAGEMENT LETTER TO PROCURE EXIT FINANCING, (B) GRANTING ADMINISTRATIVE EXPENSE PRIORITY STATUS TO RELATED FEES AND EXPENSES, AND (C) AUTHORIZING DEBTORS TO PERFORM THEIR OBLIGATIONS THEREUNDER

Upon the motion (the "Motion")[2] of the Debtors for an order (this "Order") under sections 363(b), 105(a) and 503(b)(1) of the Bankruptcy Code: (a) authorizing but not directing the Debtors to pay fees and expenses in connection with Engagement Letter, (b) according administrative expense priority status to fees and expenses incurred therewith, and (c) and authorizing the Debtors to perform their obligations thereunder; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary except as provided herein; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ablest Inc. (8462); Koosharem, LLC (4537); New Koosharem Corporation (9356); Real Time Staffing Services, Inc. (8189); Remedy Intelligent Staffing, Inc. (0963); Remedy Staffing, Inc. (0080); RemedyTemp, Inc. (0471); Remedy Temporary Services, Inc. (7385); RemX, Inc. (7388); Select Corporation (6624); Select Nursing Services, Inc. (5846); Select PEO, Inc. (8521); Select Personnel Services, Inc. (8298); Select Specialized Staffing, Inc. (5550); Select Temporaries, Inc. (7607); Select Trucking Services, Inc. (5722); Tandem Staffing Solutions, Inc. (5919); Westaff, Inc. (6151); Westaff (USA), Inc. (5781); Westaff Support, Inc. (1039); RemSC LLC (8072); and RemUT LLC (0793). The mailing address for each of the Debtors is: 3820 State Street, Santa Barbara, CA 93105.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DOCS_LA:276684.6 50005/002

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized, but not directed, to pay the fees of the Engagement Parties according to the terms of the Engagement Letter and to perform all obligations thereunder as may be necessary in aid of procuring the Exit Financing.

3. The Debtors are authorized, but not directed, to pay the out-of-pocket fees and expenses of the Engagement Parties according to the terms of the Engagement Letter, and to make such payments to the Engagement Parties as are necessary to ensure the funds constituting the Deposit do not fall below $200,000.

4. The fees of the Engagement Parties and the out-of-pocket fees and expenses of the Engagement Parties are actual, necessary costs and expenses of preserving the Debtors' estates and shall be treated as allowed administrative expenses under section 503(b) of the Bankruptcy Code and may be paid without further order of the Court.

5. The indemnification obligations contained in the Engagement Letter are hereby approved. The Debtors are authorized to indemnify the Engagement Parties and any other applicable Indemnified Party in accordance with the terms of the Engagement Letter.

6. The Engagement Letter, and the terms and conditions set forth therein, are valid, binding and enforceable.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

DOCS_LA:276684.6 50005/002

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April 21, 2014

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge