IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABLEST INC., et al.,[1] | ) | Case No. 14-10717 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | [Related Docket No. 77] 146 |

## ORDER AUTHORIZING THE DEBTORS TO FILE UNREDACTED ENGAGEMENT LETTER UNDER SEAL IN CONNECTION WITH THE DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE DEBTORS TO MAKE PAYMENTS IN CONNECTION WITH ENGAGEMENT LETTER TO PROCURE EXIT FINANCING, (B) GRANTING ADMINISTRATIVE EXPENSE PRIORITY STATUS TO RELATED FEES AND EXPENSES, AND (C) AUTHORIZING THE DEBTORS TO PERFORM THEIR OBLIGATIONS THEREUNDER

Upon the motion (the "Seal Motion")[2] of the Debtors for entry of an order (this "Order") under sections 107(b) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9018 authorizing the Debtors to file the Engagement Letter under seal in connection with the Exit Engagement Motion; and it appearing that no other or further notice is necessary except as provided herein; and it appearing that the relief requested is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ablest Inc. (8462); Koosharem, LLC (4537); New Koosharem Corporation (9356); Real Time Staffing Services, Inc. (8189); Remedy Intelligent Staffing, Inc. (0963); Remedy Staffing, Inc. (0080); RemedyTemp, Inc. (0471); Remedy Temporary Services, Inc. (7385); RemX, Inc. (7388); Select Corporation (6624); Select Nursing Services, Inc. (5846); Select PEO, Inc. (8521); Select Personnel Services, Inc. (8298); Select Specialized Staffing, Inc. (5550); Select Temporaries, Inc. (7607); Select Trucking Services, Inc. (5722); Tandem Staffing Solutions, Inc. (5919); Westaff, Inc. (6151); Westaff (USA), Inc. (5781); Westaff Support, Inc. (1039); RemSC LLC (8072); and RemUT LLC (0793). The mailing address for each of the Debtors is: 3820 State Street, Santa Barbara, CA 93105.

[2] Capitalized terms not defined herein shall have the meanings set forth in the Seal Motion.

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Seal Motion is GRANTED as set forth herein.

2. The unredacted version of the Engagement Letter shall remain under seal and shall only be made available to the U.S. Trustee and counsel to any statutory committee of unsecured creditors should one be appointed, unless the Debtors and the Engagement Parties consent in writing to the Engagement Letter being made available to other parties.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. Any pleadings filed in these chapter 11 cases that reference or disclose any confidential information contained in the Engagement Letter shall be filed under seal and served only on the Debtors and those parties authorized to receive the unredacted Engagement Letter in accordance with this Order.

5. Service of the Exit Engagement Motion shall be sufficient without transmittal of the unredacted Engagement Letter, except with respect to the U.S. Trustee.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April 21, 2014

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge