IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                      :    Chapter 11
:
ABLEST INC., et al.,[1]                                     :    Case No. 14-10717 (KJC)
:
Debtors.                                        :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF PLAN SUPPLEMENT TO PREPACKAGED JOINT
CHAPTER 11 PLAN OF REORGANIZATION OF ABLEST INC., ET AL.**

PLEASE TAKE NOTICE that the Debtors hereby file the attached supplement (the "Plan Supplement") to the *Prepackaged Joint Plan of Reorganization for Ablest Inc., et al.* dated March 11, 2014 [Docket No. 20] (the "Plan").[2] The Plan Supplement is comprised of the documents annexed hereto:

Annex 1: Post-Emergence ABL Loan Agreement – Term Sheet

Annex 2: Post-Emergence Term Loan Agreement – Term Sheet

Annex 3: Intercreditor Agreement

Annex 4: Terms of New Common Stock

Annex 5: New Warrants

Annex 6: Reorganized Parent Certificate of Incorporation

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ablest Inc. (8462); Koosharem, LLC (4537); New Koosharem Corporation (9356); Real Time Staffing Services, Inc. (8189); Remedy Intelligent Staffing, Inc. (0963); Remedy Staffing, Inc. (0080); RemedyTemp, Inc. (0471); Remedy Temporary Services, Inc. (7385); RemX, Inc. (7388); Select Corporation (6624); Select Nursing Services, Inc. (5846); Select PEO, Inc. (8521); Select Personnel Services, Inc. (8298); Select Specialized Staffing, Inc. (5550); Select Temporaries, Inc. (7607); Select Trucking Services, Inc. (5722); Tandem Staffing Solutions, Inc. (5919); Westaff, Inc. (6151); Westaff (USA), Inc. (5781); Westaff Support, Inc. (1039); RemSC LLC (8072); and RemUT LLC (0793). The mailing address for each of the Debtors is: 3820 State Street, Santa Barbara, CA 93105.

[2] Capitalized terms used but not defined herein have the meaning set forth in the Plan.

        Annex 7: Reorganized Parent Bylaws

        Annex 8: Compensation of Insider Directors and Officers of the Reorganized Debtors

        Annex 9: Identification of Directors and Officers of the Reorganized Debtors

        Annex 10: Schedule of Rejected Executory Contracts and Unexpired Leases

        Annex 11: Management Incentive Plan

        Annex 12: Schedule of Permitted Related Party Transactions

**CERTAIN OF THE FOREGOING DOCUMENTS ARE NOT IN FINAL FORM AND REMAIN SUBJECT TO FURTHER REVISION AND MODIFICATION. THE DEBTORS RESERVE THE RIGHT TO MODIFY ANY OF THE DOCUMENTS ATTACHED HERETO OR TO SUPPLEMENT THE PLAN SUPPLEMENT AT OR PRIOR TO THE EFFECTIVE DATE OF THE PLAN.**

        PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan will be held on May 5, 2014 at 9:30 a.m. (prevailing Eastern time), before the Honorable Kevin J. Carey in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

        PLEASE TAKE FURTHER NOTICE that copies of the pleadings filed in these chapter 11 cases can be obtained by using the Bankruptcy Court's electronic case filing system at www.deb.uscourts.gov using a PACER password (to obtain a PACER password, go to the PACER website: http://pacer.psc.uscourts.gov) or on the website maintained by the Debtors' claims agent at www.kccllc.net/ablest.

Dated: Wilmington, Delaware
April 25, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Anthony W. Clark
Anthony W. Clark (I.D. No. 2051)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
T: (302) 651-3000
F: (302) 651-3001

– and –

Kenneth S. Ziman
Glenn S. Walter
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
T: (212) 735-3000
F: (212) 735-2000

– and –

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra Grassgreen (CA Bar No. 169978)
James E. O'Neill (Bar No. 4042)
Maxim B. Litvak (CA Bar No. 215852)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
e-mail:     jpomerantz@pszjlaw.com
            dgrassgreen@pszjlaw.com
            joneill@pszjlaw.com
            mlitvak@pszjlaw.com

Co-Counsel for the Debtors and Debtors in Possession