**<u>Annex 2</u>**

**Post-Emergence Term Loan Agreement – Term Sheet**

The amount of the commitments, structure and pricing described in the attached term sheets are subject to change based upon market conditions.

POSTING VERSION

<u>Select Staffing</u>
<u>$350,000,000 Senior Secured Term Loan Credit Facility</u>
<u>Summary of Principal Terms and Conditions</u>

*This Summary of Principal Terms and Conditions, including Annex I hereto (collectively, this "**Term Sheet**"), outlines certain terms of the Term Facility (as defined below) of the Borrower (as defined below). This Term Sheet does not constitute a commitment on behalf of any of the parties referred to herein to participate in any capacity in the transactions described herein. This Term Sheet does not include a description of all of the terms, conditions and other provisions that are to be contained in the documentation relating to such transactions, to which reference should be made.*

| | |
|---|---|
| <u>Borrower</u>: | Koosharem, LLC, a California limited liability company (the "**Borrower**") and a wholly owned subsidiary of New Koosharem Corporation, a California corporation ("**Holdings**"), which in connection with the transactions contemplated hereby will be reorganized and incorporated as a Delaware corporation. Holdings and its subsidiaries are collectively referred to herein as the "**Companies**". |
| <u>Transactions</u>: | (a) The Borrower will obtain commitments under the Term Facility described below under the caption "Term Facility", |
| | (b) the Borrower will obtain a senior secured asset-based revolving credit facility (the "**ABL Facility**") in an aggregate principal amount of up to $120,000,000 to fund operations of the Companies following the consummation of the Transactions (as defined below), |
| | (c) Holdings will obtain $225,000,000 of new cash equity through a rights offering to be funded by certain existing lenders and investors (the "**Rights Offering**"), and will contribute all net cash proceeds of the Rights Offering to the Borrower as cash common equity, |
| | (d) the Borrower will (i) in accordance with the terms of a plan of restructuring (whether through an insolvency proceeding or otherwise) fully and finally satisfy all claims and other obligations of the applicable Companies relating to (x) that |

certain First Lien Credit and Guaranty Agreement dated as of July 12, 2007 (as amended, restated, supplemented or otherwise modified from time to time) by and among the Borrower, as borrower, the subsidiary guarantors party thereto, Bank of the West, as administrative agent, collateral agent, documentation agent, co-lead arranger and co-bookrunner, BNP Paribas Securities Corp., as co-lead arranger and co-bookrunner, and the lenders party thereto from time to time (the "*Existing First Lien Credit Agreement*"), in exchange for a cash payment of a specified percentage of the face amount of the principal amount of such obligations and the right to participate in the Rights Offering and (y) that certain Second Lien Credit and Guaranty Agreement dated as of July 12, 2007 (as amended, restated, supplemented or otherwise modified from time to time) by and among the Borrower, as borrower, the subsidiary guarantors party thereto, Wilmington Trust FSB, as successor to BNP Paribas Securities Corp. as administrative agent, collateral agent and documentation agent, Bank of the West, as co-lead arranger and co-bookrunner, BNP Paribas Securities Corp., as co-lead arranger and co-bookrunner, and the lenders party thereto from time to time (the "*Existing Second Lien Credit Agreement*" and, together with the Existing First Lien Credit Agreement, the "*Existing Credit Agreements*"), in exchange for a cash payment of a specified percentage of the face amount of the principal amount of such obligations and warrants for an aggregate of 10% of the equity of Holdings (after giving effect to the reorganization and incorporation of Holdings in connection with the transactions contemplated hereby, but without giving effect to dilution for certain restricted stock and shares issued pursuant to a management incentive plan), and (ii) in connection therewith, all cash collateral under or in respect of the Existing Credit Agreements shall be released and any and all commitments, security interests and guaranties in connection with the Existing Credit Agreements shall be terminated and released (the transactions described in this clause (d), collectively, the "*Recapitalization*

***Transactions***"),

(e)    the Borrower will satisfy certain other indebtedness and other liabilities and obligations of the Companies, including in connection with deferred payroll obligations, certain seller note obligations, settlement and payment of certain accounts payable and settlement and payment of certain claims by the California State Compensation Insurance Fund (the transactions described in this clause (e), collectively, the "***Specific Liability Payments***"),

(f)    certain existing equity holders in Holdings will contribute or cause to be contributed to Holdings (a) 100% of the equity interests of each of the following entities (collectively, the "***Contributed Entities***"):    (i) Decca Consulting Ltd., (ii) Decca Consulting, Inc., (iii) Resdin Industries Ltd. and (iv) Vaughan Business Solutions, Inc., and (b) certain service agreements (collectively, the "***Contribution***"),

(g)    certain existing equity holders in Holdings will grant, or cause to be granted, to Holdings an option to purchase 100% of the equity interests of the Butler Companies (consisting of Butler America, Inc., Butler America TCS, Inc., Butler American Staffing LLC and Butler Technical Services India (P) Ltd.) for consideration set forth in the option agreement to be entered into relating thereto (the "***Option Agreement***"), and

(h)    fees and expenses incurred in connection with the foregoing (the "***Transaction Costs***") will be paid.

The transactions described above, together with the transactions related thereto, are collectively referred to herein as the "***Transactions***".

Agent:                          Credit Suisse AG, acting through one or more of its branches or affiliates ("***CS***"), will act as sole administrative agent and collateral agent for the Term Facility (collectively, in such capacities, the "***Agent***") for a syndicate of banks, financial institutions    and    other    institutional    lenders

reasonably acceptable to the Borrower (the "**Lenders**") and which shall not include certain disqualified lenders ("**Disqualified Lenders**") specified by the Companies in writing prior to the Closing Date, and will perform the duties customarily associated with such roles.

Joint Bookrunners and Joint Lead Arrangers:
Credit Suisse Securities (USA) LLC and RBC Capital Markets will act as joint lead arrangers and joint bookrunners for the Term Facility (collectively, in such capacities, the "**Arrangers**") and will perform the duties customarily associated with such roles.

Term Facility:
A senior secured term loan facility in an aggregate principal amount of $350,000,000 (the "**Term Facility**"; the loans thereunder, the "**Term Loans**").

Incremental Facilities:
The Term Facility Documentation (as defined below) will permit the Borrower from time to time, on one or more occasions, to add one or more incremental term loan facilities to the Term Facility (each, an "**Incremental Term Facility**" and collectively referred to as the "**Incremental Term Facilities**") in the aggregate principal amount ("**Available Incremental Term Amount**") of up to (a) $50,000,000 <u>plus</u> (b) an unlimited amount, so long as after giving effect to the borrowings under such Incremental Term Facilities on the effective date thereof on a *pro forma* basis (assuming that such Incremental Term Facilities are fully drawn but not including the proceeds thereof for netting purposes and after giving effect to any acquisition consummated in connection therewith and all customary *pro forma* events and adjustments), the net leverage ratio (to be defined in a mutually acceptable manner and to be net of unrestricted cash of the Companies in an amount not to exceed $25,000,000) (the "**Total Leverage Ratio**") is equal to or less than 3.50:1.00.

The Incremental Term Facilities shall be subject solely to the following terms and conditions: (a) the Incremental Term Facilities will rank *pari passu* in right of payment and security with the

Term Facility; (b) no existing Lender will be required to participate in any such Incremental Term Facility without its consent; (c) no event of default under the Term Facility shall exist immediately prior to giving effect thereto or would exist immediately after giving effect thereto; (d) the maturity date of any such Incremental Term Facility shall be no earlier than the maturity date of the Term Facility; (e) the weighted average life to maturity of any such Incremental Term Facility shall be no shorter than the remaining weighted average life to maturity of the Term Loans; (f) all representations and warranties shall be true and correct in all material respects immediately prior to, and immediately after giving effect to, the incurrence of such Incremental Term Facility (without giving effect to any materiality qualifications in such representations and warranties), subject to customary "SunGard" provisions to the extent the proceeds of such Incremental Term Facility are used to finance, in whole or in part, an acquisition; (g) any fees payable in connection with such Incremental Term Facility shall be determined by the Borrower and the arrangers and/or lenders providing such Incremental Term Facility; (h) any Incremental Term Facility may provide for the ability to participate on a *pro rata* basis or less than *pro rata* basis in any voluntary or mandatory prepayments of the Term Loans; (i) with respect to any Incremental Term Facility, the interest rate, upfront fees and original issue discount for any term loans under such Incremental Term Facility shall be as determined by the Borrower and the lenders providing such Incremental Term Facility; <u>provided</u> that in the event that the yield on such Incremental Term Facility (taking into account interest margins, upfront fees and OID on such term loans, with upfront fees and OID being equated to interest margins based on an assumed four-year life to maturity (or, if shorter, the remaining life of such Incremental Term Facility), but exclusive of any arrangement, syndication, structuring, commitment or other fees not payable to the lenders of such Incremental Term Facility in connection therewith) (the "***Incremental***

*Yield*") on any Incremental Term Facility exceeds the yield on the Term Facility (determined as provided above), by more than 0.50%, then the interest margins for the Term Loans shall automatically be increased to a level such that the yield on the Term Loans shall be 0.50% below the Incremental Yield; and (j) with respect to any Incremental Term Facility, except as otherwise provided above, all other terms of such Incremental Term Facility, if not consistent with the terms of the Term Facility, will be as agreed between the Borrower and the lenders providing such Incremental Term Facility, with such other terms not consistent with Term Facility to be reasonably satisfactory to the Agent.

The Borrower may seek commitments in respect of the Incremental Term Facilities from existing Lenders (each of which shall be entitled to agree or decline to participate in its sole discretion) and additional banks, financial institutions and other institutional lenders or investors who will become Lenders in connection therewith ("*Additional Lenders*").

The proceeds of the Incremental Term Facilities will be used for general corporate purposes of the Borrower and its subsidiaries (including for capital expenditures, acquisitions, refinancing of indebtedness and any other transaction not prohibited by the Term Facility Documentation). The Term Facility Documentation may be amended to give effect to any Incremental Term Facility by documentation executed by the Lender or Lenders (or such other persons) making the commitments with respect thereto, the Agent and the Borrower and without the consent of any other existing Lender.

In addition, the Borrower may, in lieu of adding Incremental Term Facilities, utilize any part of the Available Incremental Term Amount at any time by issuing or incurring Incremental Equivalent Term Debt (as defined below).

"*Incremental Equivalent Term Debt*" means

indebtedness in an amount not to exceed the then available Available Incremental Term Amount consisting of the issuance of senior unsecured subordinated notes or senior unsecured notes, in each case issued in a public offering, Rule 144A or other private placement or bridge facility in lieu of the foregoing, in each case on customary terms and conditions for such financings (including not being subject to any amortization prior to the term maturity thereof or to any mandatory redemption or prepayment provision or rights (except customary asset sale or change of control provisions), and in no event containing any financial maintenance covenant or any other terms or conditions that are more restrictive than those applicable to the Term Facility); <u>provided</u> that such Incremental Equivalent Term Debt shall not be subject to the requirement set forth in the proviso of clauses (i) and (j) of the second paragraph in this "Incremental Facilities" section.

<u>Refinancing Facilities</u>:

The Term Facility Documentation will permit the Borrower to refinance loans or commitments under the Term Facility and any Incremental Term Facility from time to time, in whole or in part, with (a) one or more new term loan facilities that may be secured by the Collateral (as defined below) on a *pari passu* or junior basis (each, a "***Refinancing Term Facility***") under the Term Facility Documentation with the consent of the Borrower, the Agent (not to be unreasonably withheld, delayed or conditioned) and the entities providing such Refinancing Term Facility, (b) one or more series of senior unsecured notes, (c) one or more series of senior secured notes that will be secured by the Collateral on a *pari passu* basis with the Term Facility or (d) one or more additional series of junior lien senior secured notes that will be secured on a subordinated basis to the Term Facility, in each case which (except in the case of clause (b)) will be subject to customary intercreditor and/or subordination arrangements reasonably satisfactory to the Agent and the Borrower (any such notes described in the foregoing clauses (b), (c) and (d), "***Refinancing Notes***"), subject, in each case, solely to the following terms and conditions: (i) any such

Refinancing Term Facility or Refinancing Notes (A) shall not mature prior to the maturity date of the loans under the Term Facility or Incremental Term Facility being refinanced, (B) in the case of any Refinancing Term Facility or any Incremental Term Facility, shall not have a shorter weighted average life to maturity than the loans under the Term Facility or Incremental Term Facility being refinanced or (C) in the case of any Refinancing Notes, shall not be subject to any amortization prior to the maturity of the loans under the Term Facility or Incremental Term Facility being refinanced or to any mandatory redemption or prepayment provision or rights (except customary asset sale or change of control provisions); (ii) any Refinancing Term Facility or Refinancing Notes shall not be guaranteed by any person that is not a Guarantor; (iii) to the extent secured, any Refinancing Term Facility or Refinancing Notes shall not be secured by any assets that do not constitute Collateral; and (iv) the other terms and conditions of such Refinancing Term Facility or Refinancing Notes (excluding pricing and optional prepayment or redemption terms) shall be substantially identical to, or not materially more favorable (taken as a whole) to the lenders providing such Refinancing Term Facility or Refinancing Notes, as applicable, than those applicable to the Term Facility or Incremental Term Facility being refinanced are to the Lenders (except for covenants or other provisions applicable only to periods after the latest final maturity date of the Term Facility and the Incremental Term Facilities existing at the time of such refinancing).

| | |
|---|---|
| Purpose: | The proceeds of the Term Loans will be used by the Borrower, on the date of the borrowing under the Term Facility (the "***Closing Date***"), together with the proceeds of the Rights Offering and cash collateral released as part of the Recapitalization Transactions (or the proceeds of loans under the ABL Facility pending any such release), (a) to consummate the Recapitalization Transactions, (b) to fund the Specific Liabilities Payments, (c) if applicable, to repay in full all amounts in respect of any DIP Facility (as defined below), (d) to pay the Transaction Costs and (e) to the extent not used for the foregoing purposes, for working capital and other general corporate purposes. |
| Availability: | The full amount of the Term Facility must be drawn in a single drawing on the Closing Date. Amounts borrowed under the Term Facility that are repaid or prepaid may not be reborrowed. |
| Interest Rates and Fees: | As set forth on Annex I hereto. |
| Default Rate: | Upon the occurrence and during the continuance of a Specified Event of Default (as defined below), overdue principal and interest shall bear interest at the applicable interest rate <u>plus</u> 2.0% per annum, and any other overdue fees shall bear interest at the interest rate applicable to loans bearing interest at ABR (as defined in Annex I hereto) <u>plus</u> 2.0% per annum, and in each case, shall be payable on demand and shall begin to accrue from the date of such Specified Event of Default. |
| | "***Specified Event of Default***" means any payment event of default (with respect to any principal, interest or fees only) or bankruptcy event of default. |
| Final Maturity and Amortization: | The Term Facility will mature on the date that is six years after the Closing Date, provided that the Term Facility Documentation shall provide the right for individual Lenders to agree to extend the maturity date of their outstanding Term Loans upon the request of the Borrower and without the consent of any other Lender (subject to customary terms and conditions).  The Term Loans will amortize in equal quarterly installments in an |

aggregate annual amount equal to 1% of the original principal amount of the Term Facility commencing on the last day of the first full fiscal quarter ended after the Closing Date, with the balance payable on the maturity date of the Term Facility.

Term Facility Documentation: The definitive documentation for the Term Facility (the "***Term Facility Documentation***") shall (a) be consistent with this Summary of Principal Terms and Conditions (including the Exhibits and Annexes hereto) and shall contain only those conditions precedent, mandatory prepayments, representations, warranties, affirmative and negative covenants and events of default expressly set forth herein and, to the extent such terms are not expressly set forth herein, but are instead to be determined in accordance with a specified standard or principle, such terms will be negotiated in good faith and be consistent with this Summary of Principal Terms and Conditions, (b) give regard to the operational requirements of the Borrower and its subsidiaries in light of their size, structure, industries, businesses, business practices and proposed business plan and operations, (c) be not less favorable to the Borrower than recent precedent transactions similar to a financing of this type, including as to materiality, thresholds, qualifications, baskets and other limitations and exceptions (taking into account other considerations referred to elsewhere in this paragraph) and (d) be negotiated in good faith by the Borrower and the Arrangers to finalize such documentation. This paragraph and the provisions herein are referred to as the "***Documentation Principles***".

Notwithstanding anything to the contrary herein, all leases of Holdings, the Borrower and its subsidiaries that are treated as operating leases for purposes of GAAP on the date hereof shall continue to be accounted for as operating leases for purposes of the Term Facility Documentation, regardless of any change to GAAP following such date that would otherwise require such leases to be treated as capital leases or "capital lease obligations" (or any like term).

The Term Facility Documentation will include customary "defaulting lender" provisions.

Guarantees:

All obligations of the Borrower under the Term Facility and under any interest rate protection or other hedging arrangements entered into with the Agent, the Arrangers, a Lender at the time of such transaction, or any affiliate of any of the foregoing (***"Hedging Arrangements"***) will be unconditionally guaranteed (the "***Guarantees***") by Holdings and by each existing and subsequently acquired or organized domestic wholly-owned subsidiary of the Borrower (other than, (i) solely with respect to Hedging Arrangements, certain subsidiaries to the extent that a guarantee therefrom would violate the Commodity Exchange Act, (ii) any immaterial subsidiary, (iii) any special purpose subsidiary, (iv) any U.S. subsidiary that is a subsidiary of a foreign subsidiary, (v) any U.S. subsidiary that has no material assets other than the capital stock of one or more foreign subsidiaries, (vi) any foreign subsidiary, (vii) any subsidiary for which the cost of providing such guarantee is excessive in relation to the value afforded thereby and (viii) other exclusions to be mutually agreed) (the "***Subsidiary Guarantors***" and, together with Holdings, the "***Guarantors***").  Any guarantees to be issued in respect of the ABL Facility shall rank *pari passu* with the obligations under the Guarantees on terms reasonably satisfactory to the Agent.

Security:

The Term Facility, the Guarantees and any Hedging Arrangements will be secured by substantially all the assets of Holdings, the Borrower and each Subsidiary Guarantor, whether owned on the Closing Date or thereafter acquired (collectively, other than the Excluded Assets (as defined below), the "***Collateral***"), including but not limited to: (a) a perfected second-priority security interest in all personal property of Holdings, the Borrower and each Subsidiary Guarantor, consisting of accounts receivable, cash and cash equivalents, deposit accounts, certain assets related thereto and all proceeds of the

foregoing (the "*Current Asset Collateral*"), (b) a perfected first-priority pledge of all the equity interests of the Borrower and all the capital stock held by Holdings, the Borrower or any Subsidiary Guarantor (which pledge, in the case of (i) any foreign subsidiary, (ii) any U.S. subsidiary that is a subsidiary of a foreign subsidiary or (iii) any U.S. subsidiary that has no material assets other than the capital stock of one or more foreign subsidiaries, shall be limited to 100% of the non-voting stock (if any) and 65% of the voting stock of such subsidiary) (the Collateral described in this clause (b), collectively, and together with the intercompany notes referred to below, the "*Pledged Collateral*"), (c) perfected first-priority security interests in, and mortgages on, substantially all plant, owned real property and equipment of Holdings, the Borrower and each Subsidiary Guarantor, (the "*PP&E Collateral*") and (d) perfected first-priority security interests in substantially all other personal property of Holdings, the Borrower and each Subsidiary Guarantor, including investment property, contract rights, intellectual property, other general intangibles, commercial tort claims, letter of credit rights, intercompany notes and proceeds of the foregoing but excluding the Current Asset Collateral, the Pledged Collateral and the PP&E Collateral (the "*Other Personal Property Collateral*").

Notwithstanding anything to the contrary, the Collateral shall exclude the following: (i) any fee owned real property with a value of less than an amount to be agreed (with all required mortgages being permitted to be delivered post-closing to the extent necessary after the Borrower's using commercially reasonable efforts to deliver such mortgages on or prior to the Closing Date) and all leasehold property (it being understood there shall be no requirement to obtain any landlord waivers, estoppels or collateral access letters), (ii) motor vehicles and other assets subject to certificates of title, letter of credit rights (except to the extent constituting a support obligation for other Collateral as to which perfection of the security interest in such other Collateral is accomplished

solely by the filing of a UCC financing statement) and commercial tort claims below a threshold to be agreed, (iii) pledges and security interests prohibited by law, (iv) equity interests (A) constituting margin stock or (B) in any person (other than wholly owned subsidiaries or a subsidiary controlled by Borrower or any wholly owned subsidiary) to the extent not permitted by the terms of such subsidiary's organizational or joint venture documents, except to the extent a security interest can be granted therein under the applicable provisions of the UCC, (v) any intellectual property, lease, license, or other agreement or any property subject to a purchase money security interest, capital lease obligation or similar arrangements to the extent that a grant of a security interest therein would violate or invalidate such intellectual property, lease, license, or agreement, purchase money, capital lease or similar arrangement or create a right of termination in favor of any other party thereto (other than the Borrower or a Subsidiary Guarantor), (vi) any property and assets the pledge of which would require governmental consent, approval, license or authorization that has not been obtained, (vii) "intent-to-use" trademark applications, (viii) assets in circumstances where the Agent and Borrower agree the cost, burden or consequences (including adverse tax consequences) of obtaining or perfecting a security interest in such assets is excessive in relation to the practical benefit afforded thereby and (ix) other exceptions to be set forth in the Term Facility Documentation (the foregoing assets described in clauses (i) through (ix) above are, collectively, the "***Excluded Assets***"); <u>provided</u> that in the case of clauses (iv)(B), (v) and (vi), such exclusion shall not apply (x) to the extent the prohibition is ineffective under applicable anti-nonassignment provisions of the UCC or other applicable law or (y) to proceeds and receivables of the assets referred to in such clause, the assignment of which is expressly deemed effective under applicable anti-nonassignment provisions of the UCC or other applicable law notwithstanding such prohibition.

In addition, (x) no actions shall be required to perfect a security interest in letter of credit rights below an agreed threshold other than the filing of a UCC financing statement and (y) the Borrower and Subsidiary Guarantors shall not be required to take any actions outside the United States to perfect security interests in any Collateral.

The lien priority, relative rights and other creditors' rights issues in respect of the Term Facility and the ABL Facility will be set forth in an intercreditor agreement, which will be usual for financings of the kind contemplated hereby (the "*Intercreditor Agreement*"). Such Intercreditor Agreement will provide that, so long as any obligations are outstanding under the ABL Facility, the agents under the ABL Facility will control at all times all remedies and other actions related to the Current Asset Collateral, and that the secured parties under the Term Facility will not be entitled to take any action with respect to the Current Asset Collateral, as well as providing customary access rights to the facilities forming part of the PP&E Collateral (including the books and records located at such facilities utilized in connection with the collection and processing of accounts receivable) for purposes of enforcing or protecting the claims of the lenders under the ABL Facility to the Current Asset Collateral.

All the above-described pledges, security interests and mortgages shall be created on terms, and pursuant to documentation, reasonably satisfactory to the Agent and the Borrower (including, in the case of real property, by customary items such as satisfactory title insurance, surveys and appraisals), and, except to the extent securing the ABL Facility (a) on a first-priority basis in respect of all Current Asset Collateral and (b) on a second-priority basis in respect of all Pledged Collateral, PP&E Collateral and Other Personal Property Collateral, none of the Collateral shall be subject to any other liens, subject to exceptions set forth in the Term Facility Documentation.

<u>Mandatory Prepayments</u>:    The Term Loans shall be prepaid with:

(a)  Commencing with the fiscal year ending on or about December 31, 2014 (with the calculations of Excess Cash Flow to begin with June 30, 2014), 75% of Excess Cash Flow (to be defined in a manner consistent with the Documentation Principals), with step-downs based upon achievement of Total Leverage Ratio levels to be agreed upon;

(b) 100% of the net cash proceeds (which will be defined to exclude, among other things, the amount of any required tax distributions that the Borrower may make as a result of such sale or disposition) of all asset sales or other dispositions of property (other than, so long as the obligations under the ABL Facility remain outstanding, Current Asset Collateral) outside the ordinary course of business by Holdings, the Borrower and its subsidiaries (including proceeds from the sale of equity securities of any subsidiary of Holdings and casualty insurance and condemnation proceeds) (subject to exceptions and thresholds to be agreed upon), including the right to reinvest 100% of any such casualty insurance proceeds in the business of Holdings and its subsidiaries within 12 months of receipt of the applicable cash proceeds and, if so committed to be reinvested, so long as such reinvestment is actually completed within 180 days after such 12-month period); and

(c) 100% of the net cash proceeds of issuances, offerings or placements of debt obligations of the Borrower and its subsidiaries other than debt permitted under the Term Facility Documentation (but including any Refinancing Term Facilities and Refinancing Notes).

The above-described mandatory prepayments shall be applied, without premium or penalty, in direct order of maturity to the remaining amortization payments under the Term Facility.

Any Lender may elect not to accept its pro rata portion of any mandatory prepayment (each, a "***Declining Lender***").  Any prepayment amount declined by a Declining Lender may be retained

by the Borrower.

Prepayments from foreign subsidiaries' Excess Cash Flow and asset sale proceeds will be limited under the Term Facility Documentation to the extent such prepayments (including the repatriation of cash in connection therewith) would (a) be prohibited or delayed by applicable law or (b) result in material adverse tax consequences.

<u>Voluntary Prepayments and Reductions in Commitments:</u>

Voluntary prepayments of borrowings under the Term Facility will be permitted at any time, in the minimum principal amounts set forth in the Term Facility Documentation, subject to the payment of any "Prepayment Premium" (as set forth under the heading "Prepayment Premium; Soft Call") and subject to reimbursement of the Lenders' redeployment costs in the case of a prepayment of Adjusted LIBOR borrowings other than on the last day of the relevant interest period. All voluntary prepayments of the Term Facility will be applied as directed by the Borrower (and, in the absence of direction, in the same order as described above in the section entitled "Mandatory Prepayments").

<u>Representations and Warranties:</u>

Consistent with the Documentation Principles and limited to the following (to be applicable to Holdings, the Borrower and its subsidiaries and subject, in each case, to materiality thresholds, baskets and other exceptions and qualifications to be agreed upon): financial statements (i) presenting fairly in all material respects the financial position and results of operations of the Borrower and its subsidiaries at the respective dates of such information and for the respective periods covered thereby and (ii) having been prepared in accordance with U.S. GAAP consistently applied (except to the extent provided in the notes thereto); absence of undisclosed liabilities; no material adverse change; corporate existence; ERISA matters; compliance with laws (including the USA PATRIOT Act, margin regulations, environmental laws, laws applicable to sanctioned persons and the Foreign Corrupt Practices Act); licenses and permits; corporate

power and authority; due authorization and enforceability of definitive credit documentation; no conflict with laws or material contractual obligations; effectiveness of governmental approvals; absence of material litigation; no default under Term Facility; ownership of properties; location of real property; liens; intellectual property; subsidiaries; Federal Reserve regulations; payment of taxes; inapplicability of the Investment Company Act; environmental matters; insurance; solvency on a consolidated basis; labor matters; accuracy of disclosure; and validity, priority and perfection of security interests in the Collateral.    If the Recapitalization Transactions are consummated pursuant to an insolvency proceeding, the foregoing shall reflect exceptions customary for "exit" or similar financing.

Conditions Precedent to Borrowing:

Satisfaction of all conditions precedent to the closing, and effectiveness of, the ABL Facility; substantially simultaneous receipt of proceeds of the Rights Offering; substantially simultaneous consummation of the Recapitalization Transactions and making of the Specific Liabilities Payments (and after giving effect thereto, no outstanding indebtedness or preferred stock at closing other than (a) the loans under the Term Facility, (b) the ABL Facility and (c) other limited indebtedness in an aggregate principal amount not to exceed $1,000,000); consummation of the Contribution and execution and delivery of the Option Agreement; delivery of customary legal opinions, customary corporate documents and officers' and public officials' certifications; receipt of solvency certificate; accuracy of representations and warranties and no default or event of default (and receipt of certificate relating thereto); perfected security interests in the Collateral (free and clear of all liens (other than liens securing the ABL Facility and subject to customary and limited exceptions to be agreed upon)); no Material Adverse Effect (as defined below); receipt of customary lien and judgment searches; execution of the Guarantees, which shall be in full force and effect; execution and delivery of the Intercreditor Agreement and other loan

documents; customary evidence of authority; payment of fees and expenses; receipt of Patriot Act information; receipt of customary borrowing notice; delivery of financial statements; and obtaining of customary insurance (together with a customary insurance broker's letter).  If the Term Facility is consummated pursuant to an insolvency proceeding, the Term Facility Documentation shall contain conditions customary for "exit" or similar financing, including entry of an order (which order shall be immediately effective, not vacated or stayed and not subject to any pending appeal) in form and substance satisfactory to the Agent (the "**Confirmation Order**") confirming the chapter 11 reorganization plan (the "**Chapter 11 Plan**")[1] and authorizing Holdings, the Borrower and all Subsidiary Guarantors that are debtors in the bankruptcy proceeding to execute and deliver the Term Facility Documentation, the definitive documentation for the ABL Facility, the Intercreditor Agreement and all ancillary documentation relating to the foregoing; substantially simultaneous repayment in full of, and termination of all guarantees and security interests relating to, any debtor-in-possession financing agreement (a "**DIP Facility**");  no waiver, amendment or modification of Chapter 11 Plan or Confirmation Order that are adverse to the Lenders in any material respect; and occurrence of effective date of Chapter 11 Plan, satisfaction of all conditions precedent thereto and substantially simultaneous substantial consummation of the Chapter 11 Plan (and receipt of officer's certificate as to the foregoing).

"**Material Adverse Effect**" shall mean a material adverse effect on (a) the business, assets, operations or financial condition of the Borrower and its subsidiaries, taken as a whole and (b) the ability of the Borrower and its Subsidiary Guarantors, taken as a whole, to perform their payment obligations under the Term Facility.

<u>Affirmative Covenants</u>:               Consistent with the Documentation Principles and

---

[1] The Chapter 11 Plan refers to the Prepackaged Joint Plan of Ablest Inc., et al. dated March 11, 2014.

limited to the following (to be applicable to Holdings, the Borrower and its subsidiaries and subject, in each case, to materiality thresholds, baskets and other exceptions and qualifications to be agreed upon): maintenance of corporate existence and rights; performance of obligations; delivery of annual audited consolidated financial statements, quarterly consolidated financial statements (other than for the fourth fiscal quarter), projections and other information, including information required under the USA PATRIOT Act; delivery of notices of default, litigation and ERISA events; maintenance of properties in good working order; maintenance of insurance; use of commercially reasonable efforts to obtain (but not maintain any specific rating) a public corporate credit rating from Standard & Poor's Ratings Service ("*S&P*") and a public corporate family rating from Moody's Investors Service, Inc. ("*Moody's*"), in each case with respect to the Borrower, and a public rating of the Term Facility by each of S&P and Moody's; compliance with laws (including ERISA and environmental laws); inspection of books and properties; no later than the 90th day after the Closing Date, entry into interest rate hedging arrangements reasonably satisfactory to the Agent and for a minimum period of two years with respect to at least 50% of the aggregate principal amount of the Term Loans; further assurances; and payment of taxes.

Negative Covenants:

Consistent with the Documentation Principles and limited to the following (to be applicable to Holdings, the Borrower and their subsidiaries and subject, in each case, to materiality thresholds, baskets and other exceptions and qualifications to be agreed upon):

Indebtedness.    Holdings shall not, nor shall it permit any of its subsidiaries to, directly or indirectly, create, incur, assume or guaranty, or otherwise become or remain directly or indirectly liable with respect to any indebtedness, subject to customary exceptions and consistent with the Documentation Principles, including without

limitation:

- obligations under the Term Facility, any Incremental Term Facilities, Refinancing Term Facilities (and Refinancing Notes) and the ABL Facility and any incremental facilities thereunder (and any refinancings of the foregoing);

- intercompany indebtedness among Holdings and its subsidiaries;

- any indebtedness permitted to survive after the Closing Date;

- indebtedness with respect to capital leases and purchase money indebtedness in an amount to be agreed;

- indebtedness of foreign subsidiaries (whether unsecured or secured by assets of the foreign subsidiary incurring such indebtedness), provided that the aggregate amount of such indebtedness shall not exceed $15,000,000;

- indebtedness assumed in connection with a Permitted Acquisition (as defined below) and not incurred in contemplation thereof, provided that the aggregate amount of such indebtedness that is secured and assumed during the term of the Term Facility shall not exceed $25,000,000;

- unsecured indebtedness incurred in connection with a Permitted Acquisition (as defined below), provided that the aggregate amount of such indebtedness shall not exceed $20,000,000, subject to pro forma compliance with the Financial Covenant; and

- other indebtedness in an aggregate amount not to exceed at any time the greater of (a) $15,000,000 and (b) 5% of consolidated total assets (less goodwill and other intangibles) of Holdings and its

subsidiaries.

<u>Liens</u>.  Holdings shall not, nor shall it permit any of its subsidiaries to, directly or indirectly, create, incur or assume any lien on or with respect to any of its properties or assets, subject to customary permitted liens consistent with the Documentation Principles and other exceptions to be agreed.

<u>Dispositions</u>.  Holdings shall not, nor shall it permit any of its subsidiaries to, sell, transfer or otherwise dispose of all or any part of its business, assets or property, subject to customary exceptions and consistent with the Documentation Principles.

<u>Sale Lease-back Transactions</u>. Holdings shall not, nor shall it permit any of its subsidiaries to, enter into sale lease-back transactions, subject to customary exceptions consistent with the Documentation Principles.

<u>Investments</u>.  Holdings shall not, nor shall it permit any of its subsidiaries to, directly or indirectly, make or own any investment in any other person, subject to customary exceptions and consistent with the Documentation Principles, including without limitation:

- intercompany investments among Holdings and its subsidiaries (including intercompany loans, subject to customary pledges as set forth above under the heading entitled "Security"), subject to limitations to be specified in respect of investments in entities that are not Guarantors;

- loans and advances to officers, directors, employees and consultants of Holdings (or any direct or indirect parent thereof) and its subsidiaries in an aggregate principal amount not to exceed at any time $1,000,000;

- acquisitions ("***Permitted Acquisition***"); <u>provided</u> that (a) no event of default has

occurred and is continuing immediately before any such acquisition or would result immediately after giving effect to such acquisition, (b) acquired entities must be in substantially the same line of business as Holdings and its subsidiaries or a business that is corollary, ancillary or complementary thereto, (c) compliance with financial covenants and (d) with respect to Permitted Acquisitions of entities that do not become Guarantors, the total consideration paid in respect of the acquisition of such entities shall not exceed $10,000,000 (plus, solely in the case of Permitted Acquisitions of entities organized in Canada, an additional $5,000,000); provided that the foregoing dollar caps will not apply to any Permitted Acquisition effected by a subsidiary that is not a Guarantor;

- investments in joint ventures and subsidiaries in an aggregate principal amount not to exceed $10,000,000; and

- other investments in an aggregate amount not to exceed at any time the greater of (i) $15,000,000 and (ii) 5% of consolidated total assets (less goodwill and other intangibles) of Holdings and its subsidiaries.

Restricted Payments. Holdings shall not, nor shall it permit any of its subsidiaries to, pay any dividends or distributions on, or redemptions of, Holdings' or such subsidiary's equity, subject to customary exceptions and consistent with the Documentation Principles, including without limitation:

- restricted payments to Holdings to pay (or to make restricted payments to any direct or indirect parent of Holdings to pay) (a) franchise taxes and other fees, taxes and expenses required to maintain its or their legal existence, (b) customary salary, bonus and other benefits payable to

officers and employees to the extent such salaries, bonuses and other benefits are attributable to the ownership or operation of the Borrower and its subsidiaries, (c) operating and overhead costs and expenses to the extent such costs and expenses are attributable to the ownership or operation of the Borrower and its subsidiaries, (d) fees and expenses related to any debt or equity offering (whether or not successful) and any investment otherwise permitted under the investments negative covenant and (e) cash payments in lieu of issuing fractional shares in connection with the exercise of warrants, options or other securities convertible into or exchangeable for equity interests of Holdings or any direct or indirect parent of Holdings;

- tax distributions in amounts sufficient to permit Holdings (or any direct or indirect parent thereof) to pay its consolidated, combined or similar tax liability (including franchise or similar taxes) in respect of the Borrower and its subsidiaries;

- restricted payments consisting of the cashless exercise of options and warrants of the equity interests of Holdings; and

- so long as no event of default is continuing, restricted payments to any present, former or future director, officer, employee, member of management or consultant of Holdings (or any direct or indirect parent thereof) or any of its subsidiaries (or their respective estates, heirs, family members, spouses or former spouses) pursuant to any management equity plan or stock option plan or any other management or employee benefit plan or agreement or arrangement or upon such person's death, disability, retirement or termination of employment, in an aggregate amount not to exceed $1,000,000 in any year (with rollover of unused baskets amount from prior fiscal

years).

Payments on/Modifications to Subordinated, Certain Unsecured or Junior Lien Debt. Holdings shall not, nor shall it permit any of its subsidiaries to, directly or indirectly, (a) make payments in cash on permitted subordinated debt, permitted unsecured debt incurred in connection with a Permitted Acquisition or permitted junior lien debt prior to the scheduled maturity thereof (other than (i) regularly scheduled payments of interest and payment of fees, expenses and indemnification obligations (subject to the limitations contained in any applicable subordination provisions), (ii) refinancings, conversions or exchanges of such debt for like or junior debt, subject to conditions to be mutually agreed, (iii) payments with, or conversions to, equity (other than disqualified stock), (iv) so long as no event of default is continuing, payments as part of an "AHYDO catch-up payment" or (v) other payments of such debt to be mutually agreed); or (b) modify the terms of any such permitted subordinated, unsecured or junior lien debt to the extent such modification is materially adverse to the Lenders or is in violation of the terms of the applicable subordination or intercreditor agreement(s) (it being understood that the foregoing limitation shall not otherwise prohibit refinancing, replacing or exchanging debt subject to limitations to be mutually agreed).

Transactions with Affiliates. Holdings shall not, nor shall it permit any of its subsidiaries to, directly or indirectly, enter into or permit to exist any transaction with any affiliate of Holdings on terms that are less favorable in any material respect to Holdings or that subsidiary, as the case may be, than those that might be obtained at the time from a person who is not such an affiliate; subject to customary exceptions and consistent with the Documentation Principles.

Negative Pledge Restrictions. Holdings shall not, nor shall it permit any of its subsidiaries to, enter into any agreement prohibiting the creation or assumption of any lien upon any of its properties

or assets to secure the obligations under the Term Facility or restricting distributions by subsidiaries, subject to customary exceptions and consistent with the Documentation Principles.

<u>Fundamental Changes</u>.  Holdings shall not, nor shall it permit any of its subsidiaries to, enter into any transaction of merger or consolidation, or liquidate, wind-up or dissolve itself (or suffer any liquidation or dissolution) or sell, transfer or otherwise dispose of all or substantially all of its assets, subject to customary exceptions and consistent with the Documentation Principles.

The negative covenants will include an available amount basket that may be used for investments, restricted payments or payments of junior, subordinated or unsecured indebtedness that will be built by retained excess cash flow, declined mandatory prepayments and cash equity contributions collected after the Closing Date; <u>provided</u> that the ability to utilize the available amount basket in connection with restricted payments and payments of subordinated, certain unsecured or junior lien debt shall be subject to compliance with a Total Leverage Ratio of 2:00 to 1:00 and other customary terms and conditions to be agreed.

<u>Lines of Business</u>.  Holdings shall not, nor shall it permit any of its subsidiaries to, engage in new lines of business, subject to customary exceptions and consistent with the Documentation Principles.

| | |
|---|---|
| <u>Financial Covenant</u>: | Maximum ratio of net debt (with netting limited to not more than $25,000,000 of unrestricted cash) to EBITDA (with financial definitions, levels and measurement periods to be agreed upon) (the "***Financial Covenant***"). |
| <u>Equity Cure</u>: | If the Companies fail to comply with the Financial Covenant, Holdings shall have the right to issue for cash consideration capital stock to, or receive a cash capital contribution (which equity shall be common equity or other equity on terms and conditions reasonably acceptable to the Agent) from, then existing shareholders, the cash |

proceeds of which must be contributed to the Borrower, at any time after the end of the relevant test period until the tenth business day after the required delivery of the compliance certificate for the relevant test period (the "*Equity Cure*") in an aggregate amount equal to the amount necessary to cure the default. The Equity Cure may not be used more than five times in the aggregate since the Closing Date, and no more than twice in any consecutive four fiscal quarter period.

The proceeds from the Equity Cure shall be (i) added to EBITDA for the applicable fiscal quarter (solely for purposes of determining compliance with the Financial Covenant for such fiscal quarter and the subsequent three fiscal quarters) and (ii) disregarded for the purposes of determining financial ratio-based conditions and covenant baskets.   There shall be no pro forma or other reduction in indebtedness with the proceeds from the Equity Cure for determining compliance with the financial covenant for the fiscal quarter in which the Equity Cure is used.

Events of Default:            Subject to materiality thresholds, exceptions and/or grace periods to be set forth in the Term Facility Documentation and limited to: nonpayment of principal, interest or other amounts; failure to observe or perform covenants, conditions or other agreements; incorrectness of representations and warranties in any material respect; cross default and cross acceleration to material indebtedness of Holdings, the Borrower or their subsidiaries; bankruptcy or insolvency event with respect to Holdings, the Borrower and their material subsidiaries; material judgments against Holdings, the Borrower or their subsidiaries; ERISA events; invalidity of Intercreditor Agreement, Guarantees, security documents or  subordination provisions of the agreements evidencing any material subordinated indebtedness; and Change of Control (to be defined in a mutually acceptable manner and consistent with the Documentation Principles).

Voting:            Amendments and waivers of the Term Facility Documentation will require the approval of

Lenders holding more than 50% of the aggregate amount of the loans and commitments under the Term Facility (the "***Required Lenders***"), except that (a) the consent of each directly and adversely affected Lender shall be required with respect to (i) increases in the commitment of such Lender, (ii) reductions or forgiveness of principal, interest or fees payable to such Lender (other than waivers of default interest), (iii) extensions of final maturity or scheduled amortization of the loans or commitments of such Lender or of the date for payment to such Lender of any interest or fees (other than waivers of default interest), and (iv) changes that impose any additional restriction on such Lender's ability to assign any of its rights or obligations, and (b) the consent of each Lender shall be required with respect to (i) modification to voting requirements or percentages, (ii) modification to certain provisions requiring the pro rata treatment of lenders, and (iii) releases of all or substantially all of the value of the Guarantees, or all or substantially all of the Collateral.

| Buybacks: | Loans under the Term Facility may (subject to conditions consistent with the Documentation Principals) be purchased by and assigned to the Borrower or any of its subsidiaries on a non-pro rata basis through Dutch auctions open to all applicable lenders on a pro rata basis subject to customary procedures and limitations. |
| --- | --- |
| Cost and Yield Protection: | Usual for facilities and transactions of this type, including customary tax gross-up provisions and including, but not limited to provisions relating to Dodd-Frank and Basel III. |
| Assignments and Participations: | The Lenders will be permitted to assign loans and commitments under the Term Facility with, so long as no event of default has occurred and is continuing, the consent of the Borrower (not to be unreasonably withheld or delayed), which consent shall be deemed to have been given if the Borrower has not responded within 8 business days of a request for such consent; <u>provided however</u> that the consent of the Borrower shall not be required (a) in connection with assignments to |

Lenders, affiliates of Lenders or approved funds of Lenders and (b) during primary syndication, if to Lenders previously approved by the Borrower. All assignments will require the consent of the Agent, not to be unreasonably withheld or delayed. Each assignment will be in an amount of an integral multiple of $1,000,000. The Term Facility Documentation will not restrict assignments of loans to affiliates of the Borrower that are shareholders of Holdings that hold, in the aggregate among any group of related affiliates, 10% or more of the outstanding equity interests of Holdings (or their affiliates) ("**Affiliated Lenders**"); <u>provided</u> that (a) outstanding Term Loans owned or held by Affiliated Lenders (which are not Debt Fund Affiliates (as defined below)) shall not, in the aggregate, exceed 25% of the aggregate principal amount of outstanding Term Loans, (b) outstanding Term Loans owned or held by Debt Fund Affiliates shall not, in the aggregate, exceed 49.9% of the aggregate principal amount of outstanding Term Loans, (c) such Term Loans owned or held by Affiliated Lenders (which are not Debt Fund Affiliates) shall be excluded from all Lender voting matters (other than any matter that would disproportionately and adversely affect such Affiliated Lender), (d) no Affiliated Lender (which is not a Debt Fund Affiliate) shall be permitted to attend any lender conference calls or meetings attended solely by the Lenders and the Agent or receive any information provided solely to the Lenders by the Agent and (e) in any bankruptcy or insolvency proceeding, each Affiliated Lender (which is not a Debt Fund Affiliate) shall be deemed to have authorized the Agent to vote on its behalf as directed by the Required Lenders.

"**Debt Fund Affiliate**" shall mean any fund managed by, or under common management with, any person that is a shareholder of Holdings that is a bona fide debt fund or an investment vehicle that is primarily engaged in the making, purchasing, holding or otherwise investing in commercial loans, bonds and similar extensions of credit in the ordinary course and with respect to which none of Holdings, the Borrower or any affiliate of the

Borrower, directly or indirectly, possesses the power to direct or cause the direction of the investment policies of such entity.

The Lenders will be permitted to sell participations (other than to Disqualified Lenders (to be defined in the Term Facility Documentation) to the extent that a list of Disqualified Lenders has been made available to all Lenders) in loans and commitments without restriction. Voting rights of participants shall be limited to matters in respect of (a) increases in commitments of such participant, (b) reductions or forgiveness of principal, interest or fees payable to such participant, (c) extensions of final maturity or scheduled amortization of, or the date for payment of interest or fees on the loans or commitments in which such participant participates and (d) releases of all or substantially all of the value of the Guarantees, or all or substantially all of the Collateral.

|                                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
|--------------------------------|---|
| Expenses and<br>Indemnification: | The Borrower will indemnify the Arrangers, the Agent, the Lenders, their respective affiliates, successors and assigns and the officers, directors, employees, agents, advisors, controlling persons and members of each of the foregoing (each, an "***Indemnified Person***") and hold them harmless from and against all costs, expenses (including reasonable fees, disbursements and other charges of counsel) and liabilities of such Indemnified Person arising out of or relating to any claim or any litigation or other proceeding (regardless of whether such Indemnified Person is a party thereto and regardless of whether such matter is initiated by a third party or by Holdings, the Borrower or any of their respective affiliates or equity holders) that relates to the Transactions, including the financing contemplated hereby; provided that no Indemnified Person will be indemnified for any cost, expense or liability to the extent determined in the final, non-appealable judgment of a court of competent jurisdiction to have resulted primarily from (i) the bad faith, gross negligence or willful misconduct of such Indemnified Person or any of its controlled affiliates or controlling persons or any of the |

officers, directors or employees of any of the foregoing  or (ii) disputes solely between and among Indemnified Persons to the extent such disputes do not arise from any act or omission of the Borrower or any of its affiliates (other than with respect to a claim against an Indemnified Person acting in its capacity as an agent or Arranger or similar role under the Term Facility Documentation).  In addition, the Borrower shall pay (a) all reasonable and documented out-of-pocket expenses (including, without limitation, reasonable fees, disbursements and other charges of counsel (but limited to one primary counsel and local counsel in each relevant jurisdiction as required) of the Arrangers and the Agent in connection with the syndication of the Term Facility, the preparation and administration of the definitive documentation, and amendments, modifications and waivers thereto and (b) all out-of-pocket expenses (including, without limitation, fees, disbursements and other charges of counsel (but limited to one primary counsel and local counsel in each relevant jurisdiction as required (which, in the case of an actual or perceived conflict of interest, may include another firm of counsel for such affected Indemnified Person))) of the Arrangers, the Agent and the Lenders for enforcement costs and documentary taxes associated with the Term Facility.  None of Holdings, the Borrower, any of their respective subsidiaries or any Indemnified Person shall have any liability (whether direct or indirect, in contract or tort or otherwise) arising out of, related to or in connection with any aspect of the Transactions, except to the extent of (i) direct, as opposed to indirect, special, punitive or consequential, damages and (ii) with respect to Holdings, the Borrower or any of their respective subsidiaries, any such damages incurred or paid by an Indemnified Person to a third party.

Governing Law and Forum:    New York.    Each party to the Term Facility Documentation will waive the right to trial by jury and will consent to exclusive jurisdiction of the state and federal courts located in the Borough of Manhattan in the City of New York.

<u>Counsel to Agent</u>:                    Cravath, Swaine & Moore LLP.

| | |
|---|---|
| <u>Interest Rates</u>: | The interest rates under the Term Facility will be, at the option of the Borrower, Adjusted LIBOR plus 7.00% or ABR plus 6.00%. |
| | The Borrower may elect interest periods of one, two, three or six months for Adjusted LIBOR borrowings. |
| | Calculation of interest shall be on the basis of the actual number of days elapsed over a 360 day year (or 365- or 366-day year, as the case may be, in the case of ABR loans based on the Prime Rate) and interest shall be payable at the end of each interest period and, in any event, at least every three months. |
| | ABR is the Alternate Base Rate, which is the highest of (i) Agent's Prime Rate, (ii) the Federal Funds Effective Rate plus ½ of 1.0% and (iii) one month Adjusted LIBOR plus 1.0%. |
| | Adjusted LIBOR will at all times include statutory reserves and shall be deemed to be not less than 1.00% per annum. |
| <u>Original Issue Discount/Upfront Fees</u> | The Term Loans will be issued to the Lenders at a price of 99% of their principal amount. Notwithstanding the foregoing, (a) all calculations of interest and fees in respect of the Term Facility will be calculated on the basis of their full stated principal amount and (b) at the option of the Arrangers, any original issue discount may instead be effected in the form of an upfront fee payable to the Lenders. |
| <u>Prepayment Premium; Soft Call</u>: | Except in connection with a change of control, in the event that all or any portion of the Term Facility is voluntarily prepaid with the proceeds of indebtedness having an "effective yield" lower than the outstanding loans under the Term Facility, or is prepaid in connection with a mandatory assignment in connection with a repricing amendment which has the effect of reducing the "effective yield" in effect with respect to the outstanding loans under the Term Facility, in each case prior to the second anniversary of the Closing Date, such prepayments shall be made at the following prices (expressed as a percentage of par): |

Before the first anniversary of the Closing Date: 102%

On or after the first anniversary of the Closing Date but before the second anniversary of the Closing Date: 101%

Thereafter: 100%