## **Annex 4**

## **Terms of New Common Stock**

| Issuer | Reorganized New Koosharem Corporation, a Delaware Corporation |
|---|---|
| Interest | shares of common stock representing 100% of the issued and outstanding capital stock in Reorganized New Koosharem Corporation |
| Par Value | $0.01 per share |