# Annex 6

**Reorganized Parent Certificate of Incorporation**

# AMENDED AND RESTATED CERTIFICATE OF INCORPORATION

## OF

## NEW KOOSHAREM CORPORATION

_____

The undersigned, D. Stephen Sorensen, hereby certifies that:

1. He is the duly elected and acting Chief Executive Officer of New Koosharem Corporation (the "Corporation"), a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware (the "DGCL").

2. The Certificate of Incorporation of the Corporation was originally filed with the Secretary of State of the State of Delaware on March 10, 2014 under the name "Reorganized New Koosharem Corporation".

3. On April 1, 2014, the Corporation filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

4. This Amended and Restated Certificate of Incorporation has been duly adopted in accordance with Section 303 of the DGCL to put into effect and carry out the Prepackaged Joint Plan of Reorganization for Ablest Inc., et al., as confirmed on [_____] (the "Plan") by an order of the Bankruptcy Court entered on [_____] (the "Order"). Provision for the making of this Amended and Restated Certificate of Incorporation is contained in the Order of the Bankruptcy Court having jurisdiction under the Bankruptcy Code for the formation of the Corporation.

5. The effective date of this Certificate shall be the date it is filed with the Secretary of State of the State of Delaware.

6. The Certificate of Incorporation of the Corporation shall be amended and restated to read in full as follows:

## ARTICLE I

The name of the corporation is New Koosharem Corporation.

#4815-1902-0570v4

## ARTICLE II

    The address of the Corporation's registered office in the State of Delaware is 3411 Silverside Road, #104, Rodney Building, Wilmington, Delaware 19810, County of New Castle. The name of its registered agent at such address is Corporate Creations Network Inc.

## ARTICLE III

    The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the DGCL.

## ARTICLE IV

    (a) The total number of shares of stock which the Corporation shall have authority to issue is [_____] ([_____]) shares of common stock, par value $0.01 per share.

    (b) The Corporation shall not issue any non-voting equity securities to the extent prohibited by Section 1123 of the Bankruptcy Code as in effect on the effective date of the the Plan; _provided_, _however_, that this Article IV(b): (i) shall have no further force and effect beyond that required under Section 1123 of the Bankruptcy Code, (ii) shall have such force and effect, if any, only for so long as such section of the Bankruptcy Code is in effect and applicable to the Corporation, and (iii) in all events may be amended or eliminated in accordance with applicable law as from time to time may be in effect.

## ARTICLE V

    The directors shall have power to adopt, amend or repeal Bylaws of the Corporation, except as may otherwise be provided in the Bylaws of the Corporation.

## ARTICLE VI

    A director of the Corporation shall not be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director, except for liability (i) for any breach of the director's duty of loyalty to the Corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) under Section 174 of the DGCL, or (iv) for any transaction from which the director derived an improper personal benefit.  If the DGCL is amended to authorize corporate action further eliminating or limiting the personal liability of directors, then the liability of a

3

director of the Corporation shall be eliminated or limited to the fullest extent permitted by the DGCL, as so amended.  Any repeal or modification of the foregoing paragraph shall not adversely affect any right or protection of a director of the Corporation existing at the time of such repeal or modification.

## ARTICLE VII

Elections of directors need not be by written ballot, except as may otherwise be provided in the Bylaws of the Corporation.

\*     \*     \*

      IN WITNESS WHEREOF, the undersigned has executed this Amended and Restated Certificate of Incorporation of New Koosharem Corporation as of the [__] day of [_____].

 

_____
D. Stephen Sorensen, Chief Executive Officer