<u>Annex 8</u>

**Compensation of Insider Directors and Officers of the Reorganized Debtors**

<u>D. Stephen Sorensen</u>:

D. Stephen Sorensen will continue in his positions as Chief Executive Officer and Director of the Reorganized Debtors.  Mr. Sorensen joined Select Staffing in 1987, opening its third branch office.  Mr. Sorensen became the controlling shareholder of the Debtors in 1999, when he also became the Debtors' Chairman and Chief Executive Officer.  Prior to joining Select in 1987, Mr. Sorensen acquired over ten years of experience in the financial and banking industries working as a Tax Consultant for Arthur Andersen & Company, a Venture Capital Analyst for Golder Thoma Cressey Rauner, and a Junior Banker Loan Officer at the Mark Twain Bank.  He holds a bachelor's degree in Accounting from Brigham Young University and a Masters of Business Administration with an emphasis on Finance from the University of Chicago.

The Reorganized Debtors will enter into a three-year employment contract with D. Stephen Sorensen, providing for $650,000 annual salary.  Mr. Sorensen will be eligible for performance bonuses not to exceed 200% of the annual salary on the basis of actual performance relative to specific, pre-determined performance goals developed by the compensation committee appointed by the New Board within the first three months of each calendar year, which goals shall be the same as goals for other senior executives.  Mr. Sorensen will also be eligible for retention payments during the three-year term of $500,000 annually.  Mr. Sorensen may also be entitled to receive certain restricted stock, severance payments, stock options and other benefits as set forth in the Employment Agreement attached as <u>Exhibit H</u> to the Plan.

<u>Paul Sorensen</u>:

Paul J. Sorensen will continue in his position as President.  Mr. Sorensen is an existing minority shareholder in the Debtors and the brother of D. Stephen Sorensen.  Mr. Sorensen joined Select Staffing in 2001 and has served as President since 2007.  Prior to 2007, Mr. Sorensen served as Regional Vice President and Regional Manager of several of the company's largest markets.  Prior to joining Select, Mr. Sorensen worked in management consulting at Booz & Co., Bain & Company and Computer Sciences Corporation in New York, Los Angeles and San Francisco.  Mr. Sorensen completed his undergraduate studies at Brigham Young University where he graduated Magna Cum Laude and with honors with a dual degree in Accounting and French Literature and he received his Masters of Business Administration from Harvard Business School.

The Reorganized Debtors will enter into a three-year employment contract with Paul J. Sorensen, providing for $430,000 annual salary.  Mr. Sorensen will be eligible for performance bonuses not to exceed 200% of the annual salary on the basis of actual performance relative to specific, pre-determined performance goals, with any Company-specific annual performance metric to be the same as those approved by the New Board for other senior executives in addition to any annual performance metrics established for Mr. Sorensen by the Compensation Committee of the New

Board in consultation with the Chief Executive Officer.  Mr. Sorensen will be entitled to participate in the Management Incentive Plan, and will also be entitled to receive certain severance payments and other benefits, including continued participation in the house equity sharing arrangement described in Article II.E.4 of the Disclosure Statement.