## Annex 9

### Identification of Directors and Officers of the Reorganized Debtors

Directors:

On the Effective Date, the New Board of Reorganized parent will be comprised of the following directors:  D. Stephen Sorensen, Al Aguirre, Gregory A. Netland, Gary DiCamillo, and Stephen J Giusto.  The biographical information regarding the independent directors of the New Board is attached to the Disclosure Statement as Exhibit I thereto.  Biographical information regarding Mr. Sorensen is included on Annex 8 hereto.

The boards of directors or analogous governing body of each of the Reorganized Subsidiaries shall consist of Mr. Sorensen and two of the independent directors of the New Board.

Officers:

Officers of each of the Debtors immediately prior to the Effective Date will remain officers of each of the Reorganized Debtors on the Effective Date, subject to the ability of the New Board to remove such officers.  The compensation of insiders continuing in such positions is identified on Annex 8 hereto.