## **Annex 10**

### **Schedule of Rejected Executory Contracts and Unexpired Leases**

None.