**Annex 12**

**Schedule of Permitted Related Party Transactions**

At or prior to the Effective Date, the Reorganized Debtors will enter into a Transition Services Agreement ("TSA") with certain non-Debtor affiliates of the Sorensen Parties (the "Sorensen Affiliates"), on terms acceptable to the Required Backstop Parties, pursuant to which the Reorganized Debtors will continue to provide certain commercial services to the Sorensen Affiliates, which may include one or more of the following: (1) information technology services, (2) marketing support, (3) risk analysis and related services, and (4) such other matters as are identified by the parties and are mutually agreeable.  The TSA will require the Sorensen Affiliates to pay for such services on terms agreed to in the TSA and will extend for a limited transition period following the Effective Date.