IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ABLEST INC., et al.,[1] | ) Case No. 14-10717 (KJC) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MAY 5, 2014 AT 9:30 A.M. BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## CONFIRMATION MATTERS:

1. Prepackaged Joint Plan of Reorganization for Ablest Inc., *et al.* (Filed April 1, 2014; Docket No. 20)

   **Objection Deadline:** April 28, 2014 at 4:00 p.m. (April 29, 2014 at 12:00 Noon for Certain Franchisees)

   **Objections/Responses:**

   (a) Certain Franchisees' Reservation of Rights Regarding (A) Prepackaged Joint Plan of Reorganization for Ablest, Inc. *et al.* and (B) Motion of Debtors for Order Authorizing the Debtors to (I) Assume the Restructuring Support Agreement with Certain Secured Lenders, (II) Pay and Reimburse Related Fees and Expenses and (III) Assume the Sorensen Support Agreement (Filed April 16, 2014; Docket No. 122)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ablest Inc. (8462); Koosharem, LLC (4537); New Koosharem Corporation (9356); Real Time Staffing Services, Inc. (8189); Remedy Intelligent Staffing, Inc. (0963); Remedy Staffing, Inc. (0080); RemedyTemp, Inc. (0471); Remedy Temporary Services, Inc. (7385); RemX, Inc. (7388); Select Corporation (6624); Select Nursing Services, Inc. (5846); Select PEO, Inc. (8521); Select Personnel Services, Inc. (8298); Select Specialized Staffing, Inc. (5550); Select Temporaries, Inc. (7607); Select Trucking Services, Inc. (5722); Tandem Staffing Solutions, Inc. (5919); Westaff, Inc. (6151); Westaff (USA), Inc. (5781); Westaff Support, Inc. (1039); RemSC LLC (8072); and RemUT LLC (0793). The mailing address for each of the Debtors is: 3820 State Street, Santa Barbara, CA 93105.

**Related Documents:**

(a) Declaration of Michael J. Paque of Kurtzman Carson Consultants LLC Regarding the Mailing, Voting and Tabulation of Ballots accepting and Rejecting the Prepackaged Joint Plan of Reorganization Ablest Inc., *et al.* (Filed April 1, 2014; Docket No. 19)

(b) Disclosure Statement for the Prepackaged Joint Plan of Reorganization for Ablest Inc., *et al.* under Chapter 11 of the Bankruptcy Code (Filed April 1, 2014; Docket No. 21)

(c) [signed] Order (A) Scheduling Combined Hearing to Consider Approval of Disclosure Statement and Prepackaged Plan' (B) Establishing Objections to the Plan and Disclosure Statement; (C) Approving Solicitation Procedures; and (D) Granting Related Relief (Entered April 2, 2014; Docket No. 54)

(d) Notice of (I) Commencement of Chapter 11 Cases; (II) Imposition of Automatic Stay; and (III) Combined Hearing to Approve (A) Disclosure Statement and (B) Prepackaged Joint Plan of Reorganization for Ablest Inc., *et al.* and Related Matters (Filed April 3, 2014; Docket No. 71)

(e) Plan Supplement to Prepackaged Joint Plan of Reorganization for Ablest Inc., *et al.* under Chapter 11 of the Bankruptcy Code (Filed April 25, 2014; Docket No. 196)

(f) Declaration of Randall S. Eisenberg in Support of Joint Plan of Reorganization for Ablest Inc., *et al.* (To be filed)

(g) Declaration of Bruce H. Mendelsohn in Support of Joint Plan of Reorganization for Ablest Inc., *et al.* (To be filed)

(h) Declaration of Robert Olson in Support of Joint Plan of Reorganization for Ablest Inc., *et al.* (To be filed)

(i) Supplemental Declaration of Michael J. Paque of Kurtzman Carson Consultants LLC Regarding the Mailing, Voting and Tabulation of Ballots Accepting and Rejecting the Prepackaged Joint Plan of Reorganization of Ablest Inc., *et al.* (To be filed)

(j)  Debtors' Memorandum of Law in Support of Entry of an Order Confirming the Prepackaged Joint Chapter 11 Plan of Reorganization of Ablest Inc., *et al.* dated March 11, 2014 (To be filed)

(k)  Notice of Filing of Findings of Fact, Conclusions of Law and Order (I) Approving (A) the Disclosure Statement Pursuant to Sections 1125 and 1126(c) of the Bankruptcy Code, (B) the Prepetition Solicitation Procedures, and (C) Forms of Ballots, and (II) Confirming the Prepackaged Joint Chapter 11 Plan of Reorganization of Ablest Inc., *et al.* (To be filed)

**Status:**  No objections to confirmation have been filed and none are anticipated. The Debtors intend to file additional documents later today which will provide evidentiary support for confirmation of the Plan. In addition, the Debtors will file a proposed form of Findings of Fact and Conclusions of Law with respect to confirmation of the Plan (the "Confirmation Order"). The Debtors have been working with a number of parties on the form of the Confirmation Order and will advise the Court at or before the Confirmation Hearing of any additional changes to the proposed Confirmation Order.

Dated: May 1, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
James E. O'Neill (Bar No. 4042)
Jeffrey W. Dulberg (CA Bar No. 181200)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:    jpomerantz@pszjlaw.com
           dgrassgreen@pszjlaw.com
           joneill@pszjlaw.com
           jdulberg@pszjlaw.com

Co-Counsel to Debtors and Debtors in Possession

DOCS_DE:192846.1 50005/002