**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ABLEST INC., et al.,[1] | ) ) | Case No. 14-10717 (KJC ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF MICHAEL J. PAQUE OF KURTZMAN CARSON CONSULTANTS LLC REGARDING THE MAILING, VOTING, AND TABULATION OF BALLOTS ACCEPTING AND REJECTING THE PREPACKAGED JOINT PLAN OF REORGANIZATION FOR ABLEST INC., ET AL**

I, Michael J. Paque, declare and state under the penalty of perjury:

1. I am a Director employed by Kurtzman Carson Consultants, LLC (the "Voting Agent"),[2] whose business address is 1290 Avenue of the Americas 9th Fl, New York, NY 10104. I am over the age of 18 and not a party to this action.

2. I and others under my supervision worked with Ablest Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") and proposed counsel to the Debtors to solicit votes to accept or reject the *Prepackaged Joint Plan of Reorganization for Ablest Inc., et al* dated March 11, 2014 (the "Plan") and to tabulate the Ballots of creditors voting to accept or reject the Plan. Except as otherwise noted, I could and would testify to the following

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ablest Inc. (8462); Koosharem, LLC (4537); New Koosharem Corporation (9356); Real Time Staffing Services, Inc. (8189); Remedy Intelligent Staffing, Inc. (0963); Remedy Staffing, Inc. (0080); RemedyTemp, Inc. (0471); Remedy Temporary Services, Inc. (7385); RemX, Inc. (7388); Select Corporation (6624); Select Nursing Services, Inc. (5846); Select PEO, Inc. (8521); Select Personnel Services, Inc. (8298); Select Specialized Staffing, Inc. (5550); Select Temporaries, Inc. (7607); Select Trucking Services, Inc. (5722); Tandem Staffing Solutions, Inc. (5919); Westaff, Inc. (6151); Westaff (USA), Inc. (5781); Westaff Support, Inc. (1039); RemSC LLC (8072); and RemUT LLC (0793). The mailing address for each of the Debtors is: 3820 State Street, Santa Barbara, CA 93105.

[2] Capitalized terns used but not otherwise defined herein shall have the meaning ascribed to them in the *Disclosure Statement for the Prepackaged Joint Plan of Reorganization for Ablest Inc., et al* (the "Disclosure Statement"), filed contemporaneously herewith.

based upon my personal knowledge.  I am authorized to submit this Declaration on behalf of the Voting Agent.

3.  The Voting Agent has considerable experience in soliciting and tabulating votes to accept or reject proposed prepackaged plans of reorganization.

### Solicitation Packages and the Tabulation Process

4.  As described in the *Declaration of Michael J. Paque of Kurtzman Carson Consultants LLC Regarding the Mailing, Voting, and Tabulation of Ballots Accepting and Rejecting the Prepackaged Joint Plan of Reorganization Ablest Inc., et al.* [Docket No. 19] [the "Original Voting Declaration"], the Voting Agent submitted a voting tabulation for all Ballots received by March 27, 2014 at 5:00 p.m., prevailing Pacific Time (the "Voting Deadline").

5.  The deadline to accept or reject the Plan was extended to April 4, 2014 for certain parties pursuant to the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507: (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Scheduling a Final Hearing* [Docket No. 47].

6.  The Voting Agent received and tabulated Ballots received on or before April 4, 2014.  To the extent such Ballots superseded previously filed Ballots, KCC updated the voting tabulation accordingly.

7.  The following is a summary of the voting results with respect to Class 4 which incorporates all Ballots received on or before April 4, 2014:

| Class 4 - Prepetition First Lien Loan Claims | | | |
|---|---|---|---|
| Accept | | Reject | |
| Number | Amount | Number | Amount |
| 65 (97.01%) | $443,997,362.68 (98.88%) | 2 (2.99%) | $5,029,021.20 (1.12%) |

8. Attached as **Exhibit A** is a listing of Ballots voted as rejecting in the Original Voting Declaration but which have now been voted as accepting.

9. To the best of my knowledge, information, and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2014

_____
Michael J. Paque
Director, Corporate Restructuring Services
Kurtzman Carson Consultants, LLC

## **EXHIBIT A**

Exhibit A
Class 4 Revised Ballots

| Ballot Number | Creditor Name | Date Received | Voting Amount | Vote |
|---|---|---|---|---|
| 1 | Napier Park Distressed Debt Opportunity Fund | 4/2/14 | $12,757,212.80 | Accept |
| 2 | Phoenix CLO II, LTD. | 4/2/14 | $3,281,373.44 | Accept |
| 3 | Cedarview Opportunities Master Fund, LP | 4/2/14 | $1,537,578.56 | Accept |
| 4 | Bowery Opportunity Fund, LP | 4/2/14 | $3,189,895.76 | Accept |
| 5 | Macquarie Bank Limited | 4/2/14 | $10,394,824.93 | Accept |
| 6 | DSTAR Ltd | 4/2/14 | $4,718,421.19 | Accept |
| 8 | Phoenix CLO III, LTD. | 4/2/14 | $2,779,381.19 | Accept |
| 10 | Phoenix CLO I, LTD. | 4/2/14 | $1,016,267.13 | Accept |
| 11 | Sudbury Capital Fund, LP | 4/2/14 | $1,518,480.15 | Accept |
| 15 | Sound Point Beacon Master Fund L.P. | 4/2/14 | $3,192,688.41 | Accept |
| 16 | Shinnecock CLO 2006-1 LTD | 4/2/14 | $1,007,771.45 | Accept |
| 17 | Bowery Institutional Opportunity Fund, LP | 4/2/14 | $4,290,465.82 | Accept |
| 19 | Blackwell Partners, LLC | 4/2/14 | $3,939,444.91 | Accept |