**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ABLEST INC., et al.,[1] | ) Case No. 14-10717 (KJC) |
| | ) (Jointly Administered) |
| Debtors. | ) **Related Docket Nos. 18, 20, 21, 196 and 54** |

**DEBTORS' NOTICE OF FILING OF PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER (I) APPROVING (A) THE DISCLOSURE STATEMENT PURSUANT TO SECTIONS 1125 AND 1126(C) OF THE BANKRUPTCY CODE, (B) THE PREPETITION SOLICITATION PROCEDURES, AND (C) FORMS OF BALLOTS, AND (II) CONFIRMING THE PREPACKAGED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF ABLEST INC., ET AL.**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On April 1, 2014, the above-captioned debtors (collectively, the "Debtors") filed the (a) the Prepackaged Joint Plan of Reorganization for Ablest Inc., *et al.* (as it may be further supplemented, amended or modified, the "Plan") [Docket No. 20]; and (b) the Disclosure Statement for the Prepackaged Joint Plan of Reorganization for Ablest Inc., *et al.* under Chapter 11 of the Bankruptcy Code (the "Disclosure Statement") [Docket No. 21]. On April 25, 2014, the Debtors filed the Plan Supplement to Prepackaged Joint Plan of Reorganization for Ablest Inc., *et al.* under Chapter 11 of the Bankruptcy Code (the "Plan Supplement") [Docket No. 196].

2. On April 1, 2014, the Debtors filed the Debtors' Motion for Entry of Order (A) Scheduling Combined Hearing to Consider Approval of Disclosure Statement and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ablest Inc. (8462); Koosharem, LLC (4537); New Koosharem Corporation (9356); Real Time Staffing Services, Inc. (8189); Remedy Intelligent Staffing, Inc. (0963); Remedy Staffing, Inc. (0080); RemedyTemp, Inc. (0471); Remedy Temporary Services, Inc. (7385); RemX, Inc. (7388); Select Corporation (6624); Select Nursing Services, Inc. (5846); Select PEO, Inc. (8521); Select Personnel Services, Inc. (8298); Select Specialized Staffing, Inc. (5550); Select Temporaries, Inc. (7607); Select Trucking Services, Inc. (5722); Tandem Staffing Solutions, Inc. (5919); Westaff, Inc. (6151); Westaff (USA), Inc. (5781); Westaff Support, Inc. (1039); RemSC LLC (8072); and RemUT LLC (0793). The mailing address for each of the Debtors is: 3820 State Street, Santa Barbara, CA 93105.

Prepackaged Plan; (B) Establishing Deadline for Objections to the Plan and Disclosure Statement; (C) Approving Solicitation Procedures and (D) Granting Related Relief (the "Scheduling Motion") at Docket No. 18.

3. On April 2, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an Order [Docket No. 54] on the Scheduling Motion scheduling a combined hearing to consider approval of the Disclosure Statement and confirmation of the Plan (the "Combined Hearing") to be held before the Honorable Kevin J. Carey, United States Bankruptcy Judge, in Courtroom No. 5, Fifth Floor, at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, on May 5, 2014, at 9:30 a.m., Eastern Time.

4. Attached hereto as Exhibit A is the Debtors' Findings of Fact, Conclusions of Law and Order (I) Approving (A) the Disclosure Statement Pursuant to Sections 1125 and 1126(c) of the Bankruptcy Code, (B) the Prepetition Solicitation Procedures, and (C) Forms of Ballots, and (II) Confirming the Prepackaged Joint Chapter 11 Plan of Reorganization of Ablest Inc., *et al.* (the "Proposed Order").

5.    The Debtors intend to present the Proposed Order to the Bankruptcy Court at the Combined Hearing.

Dated: May 1, 2014                 PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
James E. O'Neill (Bar No. 4042)
Jeffrey W. Dulberg (CA Bar No. 181200)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:     jpomerantz@pszjlaw.com
            dgrassgreen@pszjlaw.com
            joneill@pszjlaw.com
            jdulberg@pszjlaw.com

Co-Counsel to Debtors and Debtors in Possession

5.    The Debtors intend to present the Proposed Order to the Bankruptcy Court at the Combined Hearing.

Dated: May 1, 2014              PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
James E. O'Neill (Bar No. 4042)
Jeffrey W. Dulberg (CA Bar No. 181200)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    jpomerantz@pszjlaw.com
           dgrassgreen@pszjlaw.com
           joneill@pszjlaw.com
           jdulberg@pszjlaw.com

Co-Counsel to Debtors and Debtors in Possession