# SIGN-IN-SHEET

**CASE NAME:** Ablest, Inc.
**CASE NO.** 14-10717-KJC

**COURTROOM LOCATION:** 5
**DATE:** May 5, 2014

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Karen Dine | Katten Muchin Rosenman LLP | Bank of the West, as Paperchain First Lien Agent |
| Mark Shinderman | Milbank | Back Stop Parties |
| Craig Druehl | Dechert | WJC |
| Robert Brady | Young Conaway | " |
| Peter Zhitel | Fox Rothschild | Kennedy Franchisee |
| Jeff Pomerook | PSZJ | Debtors |
| Jambo Oneill | PSZJ | Debtors |
| Greg Werkheiser | Morris Nichols | Backstop Parties |
| Richard Riley | Duane Morris | The ACE Companies |
| David Fournier | Pepper Hamilton | Medina Athletic Partners |
| Mark Kenney | U.S. Trustee | U.S. Trustee |
| Ann Kashishian | Cousins Chipman + Brown | Bank of the West |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 05/05/2014
Calendar Time: 09:30 AM ET

Amended Calendar 05/05/2014 06:08 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Ablest, Inc. | 14-10717 | Hearing | 6237972 | Michael Arnold | (212) 474-1094 | Cravath Swaine & Moore LLP | Interested Party, Lenders / LIVE |
| | | Ablest, Inc. | 14-10717 | Hearing | 6235936 | Kent Collier | 212-257-4383 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Ablest, Inc. | 14-10717 | Hearing | 6232139 | Jeffery W. Dulberg | (310) 772-2355 | Pachulski Stang Ziehl & Jones | Debtor, Ablest, Inc. / LIVE |
| | | Ablest, Inc. | 14-10717 | Hearing | 6237193 | Michael Hartley | (404) 345-1834 | AlixPartners, LLC (ALL OFFICES) | Specially Appearing For, Ablest, Inc. / LIVE |
| | | Ablest, Inc. | 14-10717 | Hearing | 6234072 | Virginia Hoyt | (925) 416-7405 | State Compensation Insurance Fund | Creditor, State Compensation Insurance Fund / LIVE |
| | | Ablest, Inc. | 14-10717 | Hearing | 6234840 | Andrew M. Kramer | (212) 661-9100 ext. 345 | Otterbourg P.C. | Interested Party, Royal Bank of Canada / LIVE |
| | | Ablest, Inc. | 14-10717 | Hearing | 6234340 | Annie Li | (213) 687-5107 | Skadden Arps Slate Meagher Flom | Debtor, Ablest, Inc. / LIVE |
| | | Ablest, Inc. | 14-10717 | Hearing | 6235816 | Michael Sew Hoy | (202) 307-3571 | U.S. Department of Justice - Civil Divis | Creditor, USA / LISTEN ONLY |
| | | Ablest, Inc. | 14-10717 | Hearing | 6234382 | D. Stephen Sorenson | (805) 882-2202 | Select Family of Staffing Companies | Debtor, Ablest, Inc. / LIVE |
| | | Ablest, Inc. | 14-10717 | Hearing | 6234400 | Paul J. Sorenson | (805) 882-2200 | Select Family of Staffing Companies | Debtor, Ablest, Inc. / LIVE |
| | | Ablest, Inc. | 14-10717 | Hearing | 6238028 | Michael D. Warner | (817) 810-5250 | Cole, Schotz, Meisel, Forman & Leona | Creditor, Stephen Sorensen / LIVE |
| | | Ablest, Inc. | 14-10717 | Hearing | 6186269 | David Zolkin | (213) 892-4567 | Milbank, Tweed, Hadley & McCloy, LLl | Interested Party, Noteholders / LIVE |

Peggy Drasal ext. 802

CourtConfCal2012