IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
                                   :
In re:                             :   Chapter 11
                                   :
    ABLEST INC., et al.,[1]        :   Case No. 14-10717 (KJC)
                                   :
                        Debtors.   :   (Jointly Administered)
                                   :
---------------------------------- x

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING PREPACKAGED JOINT PLAN OF REORGANIZATION FOR ABLEST INC., ET AL.; (B) EFFECTIVE DATE OF THE PLAN; (C) SUBSTANTIAL CONSUMMATION OF THE PLAN; AND (D) BAR DATE FOR PROFESSIONAL FEE CLAIMS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. **Notice of Entry of Final Order Confirming the Plan.** The debtors and debtors in possession in the above-captioned bankruptcy cases (together, the "Debtors") hereby give notice that, on May 8, 2014 (the "Confirmation Date"), the Honorable Kevin J. Carey, United States Bankruptcy Judge, entered an order [Docket No. 238 (the "Confirmation Order") confirming the *Prepackaged Joint Chapter 11 Plan of Reorganization of Ablest Inc., et al.* [Docket No. 20] (the "Plan"). Unless otherwise defined in this Notice, capitalized terms and phrases used herein have the meanings set forth in the Plan.

2. **Effective Date.** Pursuant to the Confirmation Order, the Debtors hereby certify and give notice that the Plan became effective in accordance with its terms on May 16, 2014 (the "Effective Date").

3. **Substantial Consummation.** The Debtors hereby give notice that, pursuant to Section 1101(2) of title 11 of the United States Code, the Plan has been substantially consummated.

4. **Injunctions.** All injunctions provided for under the Plan and Confirmation Order are now in full force and effect.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers are: Ablest Inc. (8462); Koosharem, LLC (4537); New Koosharem Corporation (9356); Real Time Staffing Services, Inc. (8189); Remedy Intelligent Staffing, Inc. (0963); Remedy Staffing, Inc. (0080); RemedyTemp, Inc. (0471); Remedy Temporary Services, Inc. (7385); RemX, Inc. (7388); Select Corporation (6624); Select Nursing Services, Inc. (5846); Select PEO, Inc. (8521); Select Personnel Services, Inc. (8298); Select Specialized Staffing, Inc. (5550); Select Temporaries, Inc. (7607); Select Trucking Services, Inc. (5722); Tandem Staffing Solutions, Inc. (5919); Westaff, Inc. (6151); Westaff (USA), Inc. (5781); Westaff Support, Inc. (1039); RemSC LLC (8072); and RemUT LLC (0793). The mailing address for each of the Debtors is: 3820 State Street, Santa Barbara, CA 93105.

5.  **Deadline for Filing Professional Fee Claims.** All final requests for compensation or reimbursement of the fees of any professional employed in the Debtors' cases pursuant to Sections 327 or 1103 of the Bankruptcy Code or otherwise, including the professionals seeking compensation or reimbursement of costs and expenses relating to services performed after the Petition Date and prior to and including the Effective Date in connection with these cases, pursuant to sections 327, 328, 330, 331, 503(b) or 1103 of the Bankruptcy Code for services rendered to the Debtors (each a "Professional") shall be filed and served on the Debtors and their undersigned counsel **no later than June 16, 2014, which date is thirty days from the Effective Date** (the "Professional Fee Bar Date"). The procedures for processing final requests for compensation or reimbursement of the fees of any Professional are set forth in the Plan. If a Professional or other entity does not submit a request for payment of an Administrative Expense on account of services rendered to the Debtors' estates on or before the Professional Fee Bar Date, such Entity shall be forever barred from seeking payment of such Administrative Expense from the Debtors, or the Reorganized Debtors.

6.  **Copies of Plan and Confirmation Order.** Any party-in-interest who wishes to obtain a copy of the Plan, Exhibits to the Plan, or Confirmation Order may view and download such documents at http://www.deb.uscourts.gov or may do so at the office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd floor, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
May 16, 2014

                            PACHULSKI STANG ZIEHL & JONES LLP

                            By:   /s/ Jeffrey N. Pomerantz
                               Jeffrey N. Pomerantz (CA Bar No. 143717)
                               Debra Grassgreen (CA Bar No. 169978)
                               James E. O'Neill (Bar No. 4042)
                               Jeffrey W. Dulberg (CA Bar No. 181200)
                               919 N. Market Street, 17th Floor
                               P.O. Box 8705
                               Wilmington, DE 19801 (Courier 19801)
                               Telephone:  (302) 652-4100
                               Facsimile:  (302) 652-4400
                               e-mail:    jpomerantz@pszjlaw.com
                                                dgrassgreen@pszjlaw.com
                                                joneill@pszjlaw.com
                                                jdulberg@pszjlaw.com

                             Co-Counsel for the Debtors and Debtors in Possession