## Exhibit B

**Invoices for Legal Services**



| | SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BOSTON<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br><br>FOUNDED 1866 | HONG KONG<br>HOUSTON<br>LONDON<br>LOS ANGELES<br>NEW YORK<br>PALO ALTO<br>SAN FRANCISCO | SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
|---|---|---|---|---|

April 29, 2014

FEDERAL ID 36-4474078

Oberon Securities, LLC
1412 Broadway, Suite 2304
New York, NY  10018

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 34020144
Client Matter 60379-30020

REMITTANCE PAGE
For Professional Services Rendered

**Total Due This Bill**                                                                                  $22,508.00

Please Return This Page With Your Remittance

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SHANGHAI |
| ONE SOUTH DEARBORN | BOSTON | HOUSTON | SINGAPORE |
| CHICAGO, IL 60603 | BRUSSELS | LONDON | SYDNEY |
| (312) 853 7000 | CHICAGO | LOS ANGELES | TOKYO |
| (312) 853 7036 FAX | DALLAS | NEW YORK | WASHINGTON, D.C. |
| | FRANKFURT | PALO ALTO | |
| | GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-4474078

May 9, 2014

Oberon Securities, LLC
1412 Broadway, Suite 2304
New York, NY  10018

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 34023097
Client Matter 60379-30020

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 04/29/14 | 34020144 | $22,508.00 |

| | |
|---|---|
| **Total Outstanding Invoices** | $22,508.00 |
| **Total This Bill** | <u>17,425.16</u> |
| **Total Amount Due** | <u>$39,933.16</u> |

Please Return This Page With Your Remittance

Remit Check Payments To:  
Sidley Austin LLP  
P.O. Box 0642  
Chicago, Illinois  60690

Remit Wire Payments To:  
Sidley Austin LLP  
JP Morgan Chase Bank, NA  
Account Number: 5519624  
ABA Number: 071000013  
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice



| | SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BOSTON<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>FOUNDED 1866 | HONG KONG<br>HOUSTON<br>LONDON<br>LOS ANGELES<br>NEW YORK<br>PALO ALTO<br>SAN FRANCISCO | SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |

June 10, 2014

FEDERAL ID 36-4474078

Oberon Securities, LLC
1412 Broadway, Suite 2304
New York, NY 10018

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 34029277
Client Matter 60379-30020

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 04/29/14 | 34020144 | $22,508.00 |
| 05/09/14 | 34023097 | 17,425.16 |

Total Outstanding Invoices                                    $39,933.16

Total This Bill                                                9,945.54

Total Amount Due                                              $49,878.70

Estimated Fees and Cost for June and July                      7,900.00

Total Due                                                     $57,778.70

Please Return This Page With Your Remittance

Remit Check Payments To:                  Remit Wire Payments To:
Sidley Austin LLP                         Sidley Austin LLP
P.O. Box 0642                             JP Morgan Chase Bank, NA
Chicago, Illinois 60690                   Account Number: 5519624
                                          ABA Number: 071000013
                                          Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice